## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOYCE TOTH, an individual, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:23-cv-11043 |
| vs. | ) | |
| | ) | |
| EVERLY WELL, INC. and EVERLY | ) | |
| HEALTH, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AFFIDAVIT OF BLAKE LUSENHOP IN SUPPORT OF EVERLYWELL'S MOTION TO COMPEL OR ALTERNATIVELY TO DISMISS PLAINTIFF'S COMPLAINT**

I, Blake Lusenhop, being under oath do hereby depose and say as follows:

1.      I am Vice President of Engineering of Defendant Everly Health, Inc., the parent company of Defendant Everly Well, Inc. (together with Everly Health, Inc., "Everlywell"). The matters set forth herein are based on my personal knowledge and/or my review of Everlywell's business records. If called as a witness, I could and would competently testify thereto.

2.      I joined Everly Health (then called Everlywell) in November 2018. In my capacity as Vice President of Engineering, I am responsible for various digital technology aspects of Everlywell's business, including the website that Everlywell makes available to the public to purchase at-home test kits (www.everlywell.com).

3.      According to Everlywell's records, Joyce Toth created an account via Everlywell's website on July 31, 2022. That same day, she registered her Food Sensitivity Test.

4.      As Everlywell's website is modified from time to time, the current version of some pages of the website are not precisely the same as the versions Ms. Toth would have seen in July 2022. However, I have verified from Everlywell's records that the versions of the webpages

referenced below and attached to this affidavit are the versions that would have been presented to a user in July 2022.

5.      On July 31, 2022, in order to create an account to register her Test Kit, Ms. Toth would have needed to log on to Everlywell's website and navigate to the "Create an Account" page. On that page, she was presented with a checkbox next to the statement: "I have read and accept the Terms and Conditions."   The words "Terms and Conditions" were in green font, indicating the presence of a hyperlink (the "Log In" hyperlink on the page is likewise in green font).  Below is the "Create an Account" page as it appeared to Ms. Toth (although she would have seen a higher resolution, and thus clearer, image on her computer screen):

## Create an account

**First Name**

First Name

**Last Name**

Last Name

**Email**

Email

**Confirm Email**

Confirm Email

**Password**

Password

Use 8 or more characters with a mix of letters, numbers & symbols. Your password should fill at least 6 bars

☐   I have read and accept the Terms and Conditions

**Create My Account**

Already have an account?   Log In

DocuSign Envelope ID: 9140E6E4-9D56-4815-9826-E5B30BB48D49

If Ms. Toth had forgotten or declined to click the checkbox next to the statement "I have read and accept the Terms and Conditions" before clicking the button "Create My Account," the website would not have allowed her to move to the next page.

6.     As noted above, the green text "Terms and Conditions" on the Create an Account page contained a hyperlink. This hyperlink links to Everlywell's "User Agreement" at www.everlywell.com/terms-and-conditions. Clicking on the hyperlink would open the User Agreement in a new browser tab so that Ms. Toth could read it without navigating away from the account creation page. The User Agreement displayed at that hyperlink on July 31, 2022 is attached hereto as **Exhibit A**.

7.     The User Agreement included the following paragraphs:

> **Agreement**. By clicking on the box, you indicate that this User Agreement is a binding agreement between you as the person who has created your Account (referred to as "you" or "your") and Everly Well, Inc. (referred to as "Everlywell", "we", "us", or "our") and that you have read and understood the following terms, including those in our Privacy Policy (https://www.everlywell.com/privacy-policy), Consent for Services (https://www.everlywell.com/product-consent/) and Terms of Use (https://www.everlywell.com/terms-of-use/), all three of which are incorporated by reference. Capitalized terms used but not defined in this User Agreement have the meaning given to them in our other policies (e.g., our Terms of Use, Consent for Services and our Privacy Policy).

> **Purpose of the Service and Site**. Everlywell operates a service for individuals who have established an Account and whose Account is in good standing ("Members") to purchase at-home sample collection laboratory testing kits which you order online through our website ("Site") or purchase from an authorized third-party, and to receive the results of the laboratory tests performed on the biological samples collected by the Member using such kits, and, optionally (where and when available), to purchase a follow up consultation with a physician (collectively, the "Services").

> **Access to the Services and the Site**. Subject to your compliance with the terms of this User Agreement, including timely payment of all fees (as described herein), Everlywell grants you a personal, limited, terminable, non-exclusive, non-transferable right to access the Site and use the Services solely for your personal health and wellness.

…

**Use of Member Information**. We will maintain and use your information according to our Privacy Policy, located at https://www.everlywell.com/privacy-policy , which is incorporated by reference into this User Agreement, and which may be modified from time to time in our discretion. Your continued use of the Site or the Service indicates that you accept such modifications.

…

**Dispute Resolution**. In the event of any dispute, claim, question or disagreement arising from or relating to this User Agreement or the purchase, registration, or use of any Everlywell product or Services, we and you (collectively, the "Parties") shall use their best efforts to settle the dispute, claim, question, or disagreement. To this effect, the parties shall consult and negotiate with each other in good faith and, recognizing their mutual interests, attempt to reach a just and equitable solution satisfactory to both parties. If the parties do not reach such solution within a period of thirty (30) days, then all disputes shall be resolved by binding arbitration in Austin, Texas, in accordance with the Commercial Arbitration Rules of the American Arbitration Association (the "AAA"), subject to the limitations of this section. This agreement to arbitrate will be specifically enforceable under the prevailing law of any court having jurisdiction. Notice of a demand for arbitration shall be filed in writing with the other party hereto and with the AAA. The demand for arbitration shall be made within a reasonable time after the dispute has arisen, and in no event shall any such demand be made after the date when institution of legal or equitable proceedings based on such dispute would be barred by the applicable statute of limitations. The Parties agree that one (1) arbitrator shall arbitrate the dispute. The arbitrator shall be selected by the joint agreement of the Parties, but if they do not so agree within twenty (20) days after the date of the notice of a demand for arbitration referred to above, the selection shall be made pursuant to the Commercial Arbitration Rules of the AAA from the panels of business arbitrators maintained by the AAA. The Parties agree that the arbitrator shall have sole authority to decide whether claims brought by either party (excluding claims brought under Section 21 below) are subject to this dispute resolution agreement. The decision of the arbitrator shall be made in writing, shall be final, judgment may be entered upon it in any court having jurisdiction thereof, and the decision shall not be subject to vacation, modification or appeal, except to the extent permitted by sections 10 and 11 of the Federal Arbitration Act, the terms of which sections the parties agree shall apply. The fees charged by the AAA and arbitrator shall be shared equally by the parties.

DocuSign Envelope ID: 9140E6E4-9D56-4815-9826-E5B20BB48D49

**Governing Law**. All disputes arising out of or relating to the User Agreement shall be governed by Texas law regardless of where you access the Site or Services, and notwithstanding any conflicts of law principles.

…

**Class Action Waiver**. Any proceedings to resolve or litigate any dispute in any forum will be conducted solely on an individual basis. Neither you nor we will seek to have any dispute heard as a collective or class action or in any other proceeding in which either party acts or proposes to act in a representative capacity, and each party hereby waives any right to assert consolidated claims with respect to any disputes subject to arbitration under the User Agreement. No arbitration or proceeding will be combined with another without the prior written consent of all parties to all affected arbitrations or proceedings.

8. As indicated above and in Exhibit A, the first paragraph of the User Agreement referred to and provided a hyperlink to Everlywell's "Privacy Policy" (https://www.everlywell.com/privacy-policy/). The Privacy Policy displayed at that hyperlink on July 31, 2022 is attached hereto as **Exhibit B**. This is the same Privacy Policy referred to and hyperlinked in the paragraph with the bolded heading "Use of Member Information" in the User Agreement.

9. As further indicated above and in Exhibit A, the first paragraph of the User Agreement also referred to and provided a hyperlink to Everlywell's "Consent for Services" (https://www.everlywell.com/product-consent/). The Consent for Services displayed at that hyperlink on July 31, 2022 are attached hereto as **Exhibit C**.

10. As further indicated above and in Exhibit A, the first paragraph of the User Agreement referred to and provided a hyperlink to Everlywell's "Terms of Use" (https://www.everlywell.com/terms-of-use/). The Terms of Use displayed at that hyperlink on July 31, 2022 are attached hereto as **Exhibit D**.

11. The "Terms of Use" hyperlinks to the "User Agreement" in the first paragraph.

12.    The "Terms of Use" further contains the following provision:

## Dispute Resolution

In the event of any dispute, claim, question, or disagreement arising from or relating to these Terms of Use or the purchase, registration, or use of any Everlywell product or Services, we and you (collectively, the "Parties") shall use their best efforts to settle the dispute, claim, question, or disagreement. To this effect, the Parties shall consult and negotiate with each other in good faith and, recognizing their mutual interests, attempt to reach a just and equitable solution satisfactory to both Parties. If the Parties do not reach such solution within a period of thirty (30) days, then all disputes shall be resolved by binding arbitration in Austin, Texas, in accordance with the Commercial Arbitration Rules of the American Arbitration Association (the "AAA"), subject to the limitations of this section. This agreement to arbitrate will be specifically enforceable in any court having jurisdiction. Notice of a demand for arbitration shall be filed in writing with the other party hereto and with the AAA. The demand for arbitration shall be made within a reasonable time after the dispute has arisen, and in no event shall any such demand be made after the date when institution of legal or equitable proceedings based on such dispute would be barred by the applicable statute of limitations. The Parties agree that one (1) arbitrator shall arbitrate the dispute. The arbitrator shall be selected by the joint agreement of the Parties, but if they do not so agree within twenty (20) days after the date of the notice of a demand for arbitration referred to above, the selection shall be made pursuant to the Commercial Arbitration Rules of the AAA from the panels of business arbitrators maintained by the AAA. The Parties agree that the arbitrator shall have sole authority to decide whether claims brought by either party (excluding claims brought under the following paragraph regarding intellectual property and preliminary equitable relief claims) are subject to this dispute resolution agreement. The decision of the arbitrator shall be made in writing, shall be final, judgment may be entered upon it in any court having jurisdiction thereof, and the decision shall not be subject to vacation, modification or appeal, except to the extent permitted by sections 10 and 11 of the Federal Arbitration Act, the terms of which sections the Parties agree shall apply. The fees charged by the AAA and arbitrator shall be shared equally by the Parties.

13.    The web address "www.everlywell.com/terms", which is the address that appears on the packaging for Everlywell's Food Sensitivity Test, redirects to the "Terms of Use," and that has been the case since at least July 2022.

14.     Everlywell publishes its Refund and Replacement Policy on its website. The Refund and Replacement Policy as it appeared in July 2022 is attached as **Exhibit E**.

15.     The Refund and Replacement Policy contains the following statements:

- If it has been 30 days or less since you've placed your order, you are eligible for a full refund less $15 USD (or $28 USD for expedited shipping) per test kit to cover shipping, handling, and processing fees. Please include your Kit ID information when you contact us.

- Orders over 30 days old and orders where results have been released are not eligible for any refund.

- In all cases, Everlywell cannot accept returned/unused kits. If you received your order and do not wish to continue with the test, we ask that you dispose of the kit.

I declare under penalty of perjury that the foregoing is true and accurate.

Signed under the penalty of perjury this 26th day of June, 2023.

DocuSigned by:

692330DC012B469...

Blake Lusenhop

# Exhibit A

## Everly Well, Inc.

## User Agreement

Last Modified: November 18, 2020

**Agreement.** By clicking on the box, you indicate that this User Agreement is a binding agreement between you as the person who has created your Account (referred to as "you" or "your") and Everly Well, Inc. (referred to as "Everlywell", "we", "us", or "our") and that you have read and understood the following terms, including those in our Privacy Policy (https://www.everlywell.com/privacy-policy (https://web.archive.org/web/20201127091832/https://www.everlywell.com/privacy-policy/)), Consent for Services (https://www.everlywell.com/product-consent/ (https://web.archive.org/web/20201127091832/https://www.everlywell.com/product-consent/)), and Terms of Use (https://www.everlywell.com/terms-of-use/ (https://web.archive.org/web/20201127091832/https://www.everlywell.com/terms-of-use/)), all three of which are incorporated by reference. Capitalized terms used but not defined in this User Agreement have the meaning given to them in our other policies (e.g., Privacy Policy, Terms of Use, and Consent for Services).

**Purpose of the Service and Site.** Everlywell operates a service for individuals who have established an Account and whose Account is in good standing ("Members") to purchase at-home sample collection laboratory testing kits which you order online through our website ("Site") or purchase from an authorized third-party, and to receive the results of the laboratory tests performed on the biological samples collected by the Member using such kits, and, optionally (where and when available), to purchase a follow up consultation with a physician (collectively, the "Services").

**Access to the Services and the Site.** Subject to your compliance with the terms of this User Agreement, including timely payment of all fees (as described herein), Everlywell grants you a personal, limited, terminable, non-exclusive, non-transferable right to access the Site and use the Services solely for your personal health and wellness.

**Restrictions on Use.**

You will not, and will not attempt to:

- Modify, translate, adapt or otherwise create derivative works or improvements, of the Site or any content or source code;
- Reverse engineer, disassemble, decompile, decode or otherwise attempt to derive or gain access to the source code of the Site or any part thereof;
- Rent, lease, lend, sell, sublicense, assign, distribute, publish, publicly perform or display, transfer or otherwise make available the Site or any features or functionality of the Site, to any third party for any reason, including by making the Site available on a network where it is capable of being accessed by more than one device at any time;
- Remove, disable, circumvent or otherwise create or implement any workaround to any copy protection, rights management or security features in or protecting the Site;
- Upload or introduce any virus or malware to the Site;
- Interfere with the operation or availability of the Site, or the hardware, software and network(s) used to operate the Site;
- Sublicense or transfer any of your rights under this User Agreement or otherwise use the Services for the benefit of a third party, to operate a service bureau or for resale of the Services;
- Create or access Member's Account using any automated means or under false pretenses;
- Frame or mirror the Site or reformat it in any way or use deep links;
- Introduce any keystroke logging or any other monitoring code into the Site; or,
- Otherwise use the Services or the Site in any manner that exceeds the scope of the access right described above.

You may not use the Site to do any of the following:

- Harass or advocate harassment of another person or entity;
- Perform any activities that violate any state, local, federal, or international laws or regulations;
- Impersonate any person or entity or misrepresent in any way your affiliation with a person or entity;

- Perform research studies, verify performance of samples of known analyte concentration, or any other use of our Services outside of testing of Member collected biological samples without the explicit written consent of Everlywell;

- Transmit unsolicited mass mailings, or "spam;"

- Attempt to collect or use personal information about Members, users or third parties without their consent;

- Collect or store any information about other users or Members, other than in the normal course of using the Site for facilitating voluntary communication among users;

- Transmit or introduce any virus, worm, defect, Trojan horse, time bombs, date bombs, adware, spyware, or similar destructive or harmful item;

- Interfere with security-related features of the Site, including by (i) disabling or circumventing features that prevent or limit use or copying of any content, or (ii) reverse engineering or otherwise attempting to discover the source code of the Site or any part thereof except to the extent that such activity is expressly permitted by applicable law; or

- Take any action that imposes or may impose (in our sole discretion) an unreasonable or disproportionately large load on our infrastructure.

**User Accounts.**

You agree to (i) provide truthful and accurate registration information as requested by us; (ii) promptly inform us of any changes to your registration information, including, but not limited to, your address and email address; (iii) take all reasonable precautions to safeguard access to your password and to prevent unauthorized access to or use of the Services; (iv) promptly report to us any unauthorized use of your login information or the Services of which you become aware; and, (v) ensure that you log out from your Account at the end of each session.

You are responsible for keeping your Account login credentials (username and password) confidential and not sharing them with unauthorized users. If you disclose your login credentials to someone, you are responsible for any use, disclosure, additions, deletions and modifications of your information.

The Site and the Services are intended for access and use by individuals over 18 years of age unless otherwise noted on the individual product description. You represent and warrant (i) that you are at least 18 years old, unless otherwise noted on the individual product description, and reside in a state in the United States in which our Services may legally be provided, and (ii) you are the person whose name and other information have been provided for the Member account that you have or are creating. You agree that all samples that are sent to the lab using the test kit you receive shall be only samples from you and no other person.

**The Services.**

All Member requests for laboratory tests are reviewed by a licensed physician to ensure that the test is appropriate for the Member. We have partnered with a company that has physicians ("Health Consultants") in the states where our Members reside and who are authorized by state law to review Member test requests.

Members may purchase Services on a per kit basis or, as available, on a subscription basis which entitles Members to request one test kit per month through our Site. Individual kit purchases may be made through our Site or through an authorized third party; subscription purchases are only available through our Site. Your desired test kit will be mailed to you after any applicable physician review and authorization. You collect the applicable biological sample(s) and complete any required information, which may include medical information, required waivers, consents or authorizations. Failure to provide the required information or to execute the required documents may result in your sample(s) not being tested. Using the provided pre-addressed mailer, you send the completed test kit and biological sample(s) to a certified lab ("Lab") which performs the testing. Biological samples shall consist solely of human fluids and/or tissue that are intended to be analyzed for the individual's sole use, and not for any other purpose, including but not limited to research, publications, commercial uses, or any other purpose other than to inform the purchaser's health and/or wellness. The Lab sends the results of the tests to the Health Consultants who review and release the test results to us. We provide the test results to you via our Site in an easy to understand format. A Health Consultant will make reasonable efforts to contact you if your results are clinically significant or fall outside of established normal ranges.

Any additions to the Services for minors, such as parental / guardian consent are provided at the individual product offerings.

When and where available, for an additional fee ("Consultation Fee"), you may purchase an additional, separate consultation with a Health Consultant through our Site. When and where available, you may also purchase other goods and services from third parties which we may make available to you. We are not responsible, or liable to you or any third party, for the content of accuracy of any materials, goods, or services provided by any third parties.

Everlywell implements several safeguards to avoid technical errors, however some samples are less viable by the time they reach the lab and may fail analysis. We will send you a free replacement kit if your sample fails.

**Fees and Payment.**

You or your organization, if ordering through an organization, agree to be responsible for the payment of all fees when due. Fees will be paid at the time of purchase. If you purchase a subscription, your credit card will be charged the applicable subscription fee on a monthly basis. [Charges to your credit card will reflect Everlywell Diagnostics.]

All fees are as quoted on the Site or in the contract with your organization. We may revise our fees from time to time at our discretion. We will provide you with notice of any increase in the subscription fee by email and by posting on the Site.

If you purchase a subscription, you agree to keep your credit card information current. If the credit card you use for the subscription fee becomes invalid or is declined, we will contact you by email so that you can update the credit card information. Failure to update your credit card information within ten days will result in termination of your subscription and may result in termination of your Account.

When and where available, payment of the Consultation Fee will allow you to schedule an appointment with a Health Consultant. If you cancel a scheduled appointment with a Health Consultant without providing the required prior notice as described on the Site, you will be charged a cancellation fee.

We will refund the applicable fees if, after the applicable review, a Health Consultant does not authorize and order the test(s) you requested.

If you decide to cancel your request, we will refund the applicable fees as long as the requested test kit has not shipped (typically 1–2 business days). If you decide to cancel your request and we have already shipped your order, $15 USD per test kit will be subtracted from the potential refund. If you have already received your kit(s) but have not yet sent your sample(s) to the lab, you may request a refund (less the $15 USD per kit) for up to 30 days from when you placed your order. Everlywell will not refund any orders that are more than 30 days old. You may email us at contact@everlywell.com (mailto:contact@everlywell.com)for assistance with refunds.

If Everlywell determines that you have used the Site or the Services in a way inconsistent with the outlined policies, we reserve the right to suspend your Account and not provide a refund.

**Feedback You Give Us and Content You Provide.**

By your submitting, posting, or displaying content of any kind ("User Content"), you (i) represent and warrant that you are the creator and owner of, or have the necessary licenses, rights, consents, and permissions to use and to authorize us and other users to use and distribute your User Content as necessary to exercise the licenses granted by you in this User Agreement and in the manner contemplated by us and this User Agreement, and (ii) give us, our a iliated companies, sublicensees and successors and assigns a perpetual, irrevocable, worldwide, royalty-free, nonexclusive license to reproduce, adapt, modify, translate, publish, publicly perform, publicly display, distribute, reproduce, edit, reformat, and create derivative works from any User Content that you submit, post, or display on or through the Site, our blog, our related websites or by other means. You acknowledge and agree that this license includes a right for us to make such User Content available to other companies, organizations, or individuals with whom we have relationships, and to use such User Content in connection with the provision of Services, in accordance with our Privacy Policy, as well as our HIPAA Privacy Authorization and Consent for Services, if applicable. You acknowledge and agree that all User Content you submit to us, including, but not limited to, feedback data, such as questions, comments, suggestions and any other response is deemed to be nonconfidential. User Content does not include Protected Health Information that you may provide or submit to us when requesting tests or Services.

You are responsible for all User Content that you post on our Site. You may not post User Content that: is not your own original creation or that you do not have permission to use (keep in mind that just because something on the internet does not have a copyright notice on it doesn't mean you can use it without permission); infringes the copyright, trademark, patent right, or other proprietary right of any person or that is used without the permission of the owner; you know to be inaccurate; is pornographic, sexually explicit, or obscene; exploits children or minors; violates the rights of privacy or publicity of any person; is harassing, libelous, slanderous, or defamatory; contains any personally identifying information about any person without their consent or about any person who is a minor; may be deemed generally o ensive to the community, including blatant expressions of bigotry, prejudice, racism, hatred, profanity or religious or political radicalism; includes advertisements, promotions, solicitations, spam, or o ers to sell any goods or services for any commercial purpose; is o  topic; is intended to provide professional advice, including but not limited to, the provision of medical treatment, or legal, financial or investment advice; is intended to solicit, recommend, endorse, or o er to buy or sell any securities or other financial instruments, tout stocks, or recommend that any particular security, portfolio of securities, transaction, or investment strategy is suitable for you or any specific person; violates any local, state, federal, and/or international laws or regulations; promotes or provides instructional information about illegal or illicit activities; contains software viruses or any other computer code, files, or programs designed to destroy, interrupt, or otherwise limit the functionality of any computer software, computer hardware, or other equipment; or, is intended to overwhelm, cause technical disruptions of or denial of service to our servers.

**Use of Member Information.** We will maintain and use your information according to our Privacy Policy, located at https://www.everlywell.com/privacy-policy , which is incorporated by reference into this User Agreement, and which may be modified from time to time in our discretion. Your continued use of the Site or the Services indicates that you accept such modifications.

**No Medical or Health Services.** You acknowledge that we are not a health advisor, and we do not provide medical, health or other professional advice. You acknowledge that Health Consultants are not employees of Everlywell and are not providing services on behalf of Everlywell, but instead are independent professionals solely responsible for the services each provides to you. The information available on the Site and provided through the Services are not a substitute for professional medical advice. You should always seek the advice of your physician or another licensed health care provider with any questions you may have regarding your health

**HIPAA and Information Privacy.**

You understand that we are not a "covered entity" as defined in the Health Insurance Portability and Accountability Act and the regulations implementing that Act ("HIPAA"). You understand that the Health Consultants and Labs are or may be "covered entities" that are subject to the provisions of HIPAA, so your health information provided to us by a Lab or Health Consultant may be subject to or protected by HIPAA. You agree to provide a separate HIPAA Privacy Authorization, available at https://www.everlywell.com/hipaa-and-telehealth-consent (https://web.archive.org/web/20201127091832/https://www.everlywell.com/hipaa-and-telehealth-consent), to use our Services. You authorize us to provide this HIPAA Privacy Authorization to the Health Consultants and Labs and understand that the Health Consultants and Labs may require you to execute additional documents authorizing their disclosure of your information. You understand that once your information is shared, federal privacy laws may no longer protect it from further disclosure; Health Consultants and others you authorize will have access to your information. We will protect your information and use your information only as provided for in this User Agreement, our Terms of Use, Privacy Policy, and the applicable HIPAA Privacy Authorization and Consent for Services.

You agree that we may store, transmit, receive, process, and/or access your personal information, including sensitive information, on or from our servers or those of our services providers which may be in or outside of the United States. We use a range of measures to safeguard information but these other countries may have laws that are di erent from those of the United States. You also consent to your personal information, including sensitive information, being transferred in the event of a business transition such as, but not limited to, a merger, sale, asset or stock acquisition by another company, or other transaction or proceeding. In such a case, your information would be used as set out in our Privacy Policy.

**Intellectual Property Rights.**

Ownership of all intellectual property and other rights in the Site, including, but not limited to, the software, design, layout, content, links, and the like shall remain with us and our licensors, as applicable. All Site content is protected by copyright and is owned by us or used with permission. We reserve all rights not specifically granted in this User Agreement.

Elements of the Site are protected by trade dress, trademark, unfair competition, and other state and federal laws and may not be copied or imitated in whole or in part by any means, including but not limited to, the use of framing or mirrors. None of the content of our Site may be retransmitted without our express written consent.

Everlywell, the logo and the slogan "We make it easy to own your health", as well as other trademarks we use are trademarks or registered trademarks of Everly Well, Inc.

**DMCA Notification.**

We respect the rights of intellectual property holders. If you believe that any content on the Site violates this User Agreement or your intellectual property rights, you can report such violation to us in accordance with the Digital Millennium Copyright Act (17 U.S.C. § 512). In the case of an alleged infringement, please provide the following information:

A description of the copyrighted work or other intellectual property that you claim has been infringed;

A description of where the material that you claim is infringing is located on the Site (including the exact URL);

An address, a telephone number, and an e-mail address where we can contact you; A statement that you have a good faith belief that the use is not authorized by the copyright or other intellectual property rights owner, by its agent, or by law;

A statement by you under penalty of perjury that the information in your notice is accurate and that you are the copyright or intellectual property owner or are authorized to act on the owner's behalf; and,

Your electronic or physical signature, or that of the person authorized to act on behalf of the owner of the copyright or other right being infringed.

We may request additional information before we remove allegedly infringing material. You may report a copyright violation by providing the above information to the Everlywell designated agent listed below.

Director of Communications, Everly Well, Inc., 823 Congress Ave, Austin, TX 78701. Phone: +1 (512) 309-5588; Fax: (512) 857-0981; Email: contact@everlywell.com.

We will terminate the Account of any user who repeatedly submits content that violates our intellectual property policies, Terms of Use, Consent for Services or any other policy. A repeat infringer is a user who has been notified of infringing activity more than twice and/or has had User Content removed from the Site more than twice.

**Third Party Materials.** The Site may display, include or make available third-party content (including data, information, applications and other products services and/or materials) or provide links to third-party websites or services, including through third-party advertising ("Third Party Materials"). You acknowledge and agree that we are not responsible for Third Party Materials, including their accuracy, completeness, timeliness, validity, copyright compliance, legality, decency, quality or any other aspect thereof. We do not assume and will not have any liability or responsibility to you or any other person or entity for any Third Party Materials. Third Party Materials and links thereto are provided solely as a convenience to you and you access and use them entirely at your own risk and subject to such third parties' terms and conditions.

**Disclaimer of Warranties.**

THE SITE AND SERVICES ARE PROVIDED TO YOU "AS IS, AS AVAILABLE" AND WITH ALL FAULTS AND DEFECTS WITHOUT WARRANTY OF ANY KIND. TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, WE, ON OUR OWN BEHALF AND ON BEHALF OF OUR AFFILIATES AND OUR AND OUR RESPECTIVE LICENSORS AND SERVICE PROVIDERS, EXPRESSLY DISCLAIM ALL WARRANTIES, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, WITH RESPECT TO THE SITE AND THE SERVICES, INCLUDING, BUT NOT LIMITED TO, ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT, AND WARRANTIES THAT MAY ARISE OUT OF COURSE OF DEALING, COURSE OF PERFORMANCE, USAGE OR TRADE PRACTICE. WITHOUT LIMITATION TO THE FOREGOING, WE PROVIDE NO WARRANTY AND MAKE NO REPRESENTATION OF ANY KIND THAT THE SITE OR SERVICES WILL MEET YOUR REQUIREMENTS OR ACHIEVE ANY INTENDED RESULTS.

WITHOUT LIMITING THE FOREGOING, NEITHER WE NOR ANY OF OUR PROVIDERS, PARTNERS, AFFILIATES, OR HEALTH CONSULTANTS MAKE ANY REPRESENTATION OR WARRANTY OF ANY KIND, EXPRESS OR IMPLIED: (I) AS TO THE OPERATION OR AVAILABILITY OF THE SITE, OR THE INFORMATION, CONTENT INCLUDED THEREON; (II) THAT THE SITE OR SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE; (III) AS TO THE ACCURACY, RELIABILITY, OR CURRENCY OF ANY INFORMATION OR CONTENT PROVIDED THROUGH THE SITE; OR (IV) THAT THE SITE, OUR (AND OUR SERVICE PROVIDERS') SERVERS, THE CONTENT, OR COMMUNICATIONS SENT FROM OR ON BEHALF OF US ARE FREE OF VIRUSES, SCRIPTS, TROJAN HORSES, WORMS, MALWARE, TIME BOMBS OR OTHER HARMFUL COMPONENTS.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF OR LIMITATIONS ON IMPLIED WARRANTIES OR THE LIMITATIONS ON THE APPLICABLE STATUTORY RIGHTS OF A CONSUMER, SO SOME OR ALL OF THE ABOVE EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU. You agree that we assume no responsibility for any content you submit, upload, create or make available through the Site.

**Limitation of Liability.**

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL WE OR OUR AFFILIATES, OR ANY OF OUR RESPECTIVE LICENSORS OR SERVICE PROVIDERS, HAVE ANY LIABILITY ARISING FROM OR RELATED TO YOUR USE OF OR INABILITY TO USE THE SITE OR THE SERVICES FOR:

PERSONAL INJURY, PROPERTY DAMAGE, LOST PROFITS, COST OF SUBSTITUTE GOODS OR SERVICES, LOSS OR CORRUPTION DATA, LOSS OF GOODWILL, BUSINESS INTERRUPTION, COMPUTER FAILURE OR MALFUNCTION OR ANY OTHER CONSEQUENTIAL, INCIDENTAL, INDIRECT, EXEMPLARY, SPECIAL OR PUNITIVE DAMAGES;

ANY ACTION YOU TAKE BASED ON THE INFORMATION YOU RECEIVE IN, THROUGH, OR FROM THE SITE OR THE SERVICES;

YOUR FAILURE TO KEEP YOUR PASSWORD OR ACCOUNT DETAILS SECURE AND CONFIDENTIAL;

THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION, OR SERVICES PURCHASED OR OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH OR FROM THE SERVICES;

THE IMPROPER AUTHORIZATION FOR THE SERVICES BY SOMEONE CLAIMING SUCH AUTHORITY; STATEMENTS OR CONDUCT OF ANY THIRD PARTY ON THE SERVICES;

DIRECT DAMAGES IN AMOUNTS THAT IN THE AGGREGATE EXCEED THE GREATER OF (i) THE AMOUNT ACTUALLY PAID BY YOU FOR THE SERVICES AND (ii) ONE HUNDRED DOLLARS (U.S.). THE FOREGOING LIMITATIONS WILL APPLY WHETHER SUCH DAMAGES ARISE OUT OF BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE) OR ANY OTHER THEORY OR CAUSE OF ACTION AND REGARDLESS OF WHETHER SUCH DAMAGES WERE FORESEEABLE OR WE WERE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

SOME JURISDICTIONS DO NOT ALLOW CERTAIN LIMITATIONS OF LIABILITY SO SOME OR ALL OF THE ABOVE LIMITATIONS OF LIABILITY MAY NOT APPLY TO YOU.

WE DO NOT GUARANTEE THE CONTINUOUS, UNINTERRUPTED OR SECURE ACCESS TO THE SITE OR THE SERVICES, OR ANY RELATED SERVICES. THE OPERATION OF THE SITE MAY BE INTERFERED WITH BY NUMEROUS FACTORS OUTSIDE OUR CONTROL.

UNDER NO CIRCUMSTANCES SHALL WE BE LIABLE FOR ANY DAMAGES THAT RESULT FROM THE USE OF OR INABILITY TO USE THE SITE, INCLUDING BUT NOT LIMITED TO RELIANCE BY YOU ON ANY INFORMATION OBTAINED FROM THE SITE OR THAT RESULT FROM MISTAKES, OMISSIONS, INTERRUPTIONS, DELETION OF FILES OR E-MAIL, ERRORS, DEFECTS, VIRUSES, DELAYS IN OPERATION OR TRANSMISSION, OR ANY FAILURE OF PERFORMANCE, WHETHER OR NOT RESULTING FROM ACTS OF GOD, COMMUNICATIONS FAILURE, THEFT, DESTRUCTION, OR UNAUTHORIZED ACCESS TO OUR RECORDS, PROGRAMS, OR SERVICES. YOU HEREBY ACKNOWLEDGE THAT THIS PARAGRAPH SHALL APPLY TO ALL CONTENT, DATA, AND INFORMATION SUBMITTED TO THE SITE.

IF YOU ARE A CALIFORNIA RESIDENT, YOU WAIVE CALIFORNIA CIVIL CODE § 1542, WHICH SAYS: A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR. IF YOU ARE A RESIDENT OF A STATE WITH PROTECTIONS SIMILAR TO CALIFORNIA CIVIL CODE § 1542, YOU HEREBY WAIVE SUCH PROVISIONS OR PROTECTIONS.

**Indemnification.** You agree to indemnify, defend and hold us and our o cers, directors, employees, agents, a iliates, service providers, successors and assigns harmless from and against any and all losses, damages, liabilities, deficiencies, claims, actions, judgments, settlements, interest, awards, penalties, fines, costs, or expenses of whatever kind, including reasonable attorneys' fees and costs, arising from or relating to (i) your use or misuse of the Site; (ii) your breach of this User Agreement; (iii) any User Content you submit, post to or transmit through the Site or the Service; or, (iv) your violation of any third party's rights, including, but not limited to, intellectual property rights, right of privacy, right of publicity and confidentiality.

**Dispute Resolution.** In the event of any dispute, claim, question, or disagreement arising from or relating to this User Agreement or the purchase, registration, or use of any Everlywell product or Services, we and you (collectively, the "Parties") shall use their best e orts to settle the dispute, claim, question, or disagreement. To this e ect, the Parties shall consult and negotiate with each other in good faith and, recognizing their mutual interests, attempt to reach a just and equitable solution satisfactory to both Parties. If the Parties do not reach such solution within a period of thirty (30) days, then all disputes shall be resolved by binding arbitration in Austin, Texas, in accordance with the Commercial Arbitration Rules of the American Arbitration Association (the "AAA"), subject to the limitations of this section. This agreement to arbitrate will be specifically enforceable in any court having jurisdiction. Notice of a demand for arbitration shall be filed in writing with the other party hereto and with the AAA. The demand for arbitration shall be made within a reasonable time after the dispute has arisen, and in no event shall any such demand be made after the date when institution of legal or equitable proceedings based on such dispute would be barred by the applicable statute of limitations. The Parties agree that one (1) arbitrator shall arbitrate the dispute. The arbitrator shall be selected by the joint agreement of the Parties, but if they do not so agree within twenty (20) days after the date of the notice of a demand for arbitration referred to above, the selection shall be made pursuant to the Commercial Arbitration Rules of the AAA from the panels of business arbitrators maintained by the AAA. The Parties agree that the arbitrator shall have sole authority to decide whether claims brought by either party (excluding claims brought under Section 21 below) are subject to this dispute resolution agreement. The decision of the arbitrator shall be made in writing, shall be final, judgment may be entered upon it in any court having jurisdiction thereof, and the decision shall not be subject to vacation, modification or appeal, except to the extent permitted by sections 10 and 11 of the Federal Arbitration Act, the terms of which sections the Parties agree shall apply. The fees charged by the AAA and arbitrator shall be shared equally by the parties.

**Governing Law.** All disputes arising out of or relating to the User Agreement shall be governed by Texas law regardless of where you access the Site or the Services, and notwithstanding of any conflicts of law principles.

**Preliminary Equitable Relief and Intellectual Property Claims.** Either party to this User Agreement may bring a claim related to intellectual property rights, or seek temporary or preliminary specific performance or temporary or preliminary injunctive relief, in any court of competent jurisdiction, without the posting of bond or other security.

**Miscellaneous.**

**Class Action Waiver.** Any proceedings to resolve or litigate any dispute in any forum will be conducted solely on an individual basis. Neither you nor we will seek to have any dispute heard as a collective or class action or in any other proceeding in which either party acts or proposes to act in a representative capacity, and each party hereby waives any right to assert consolidated claims with respect to any disputes subject to arbitration under the User Agreement. No arbitration or proceeding will be combined with another without the prior written consent of all parties to all affected arbitrations or proceedings.

**Limitation of Time to File Claims.** Any action, claim or dispute you have against us must be filed within one year, unless prohibited by applicable law. To the extent permitted by law, any claim or dispute under this User Agreement or the purchase, registration, or use of any Everlywell product or Services must be filed within one year in an arbitration proceeding. The one-year period begins when the claim or notice of dispute first could be filed. If a claim or dispute is not filed within one year, it is permanently barred.

**Notices** You agree that we may provide you with notices, including those regarding changes to this User Agreement, by email to the address you provide at the time of registration or as reflected in your Member profile on the Site.

**No Affiliation with Everlywell** You agree not to hold yourself out as in any way sponsored by, affiliated with, endorsed by, in partnership or venture with, nor as an employee or employer of Everlywell, any of our affiliates or service providers.

**Entire Agreement** This User Agreement, including the other documents referenced and referred to herein, constitutes the entire agreement between you and us with respect to the Site and the Services and supersede all prior or contemporaneous understandings and agreements, whether written or oral, with respect thereto. No failure to exercise, and no delay in exercising, on the part of either party, any right or any power hereunder shall operate as a waiver thereof, nor shall any single or partial exercise of any right or power hereunder preclude further exercise of that or any other right hereunder. In the event of a conflict between this User Agreement and any other terms, the terms of this User Agreement shall govern. If any provision of this User Agreement is illegal or unenforceable under applicable law, the remainder of the provision will be amended to achieve as closely as possible the effect of the original term and all other provisions of this User Agreement will continue in full force and effect. The headings of sections and paragraphs in this User Agreement are for convenience only and shall not affect its interpretation.

---

### everlywell

   

Your email address    Subscribe

© 2020 Everlywell, Inc. All rights reserved.

Terms of Use    Privacy Policy    CA Consumer Privacy Act

Blog    FAQs    The Science    Help    Media    Careers    Everlywell Reviews

For Health Plans    Become an Affiliate    Refer a Friend    Contact Us

Everlywell offers access to laboratory testing for wellness monitoring, informational and educational use.

With the exception of certain diagnostic test panels, list available here, the tests we offer access to are not intended to diagnose or treat disease. None of our tests are intended to be a substitute for seeking professional medical advice, help, diagnosis, or treatment. For regulatory reasons, our tests are not available in NY with the exception of COVID-19.

Exhibit B

 

# Everly Well, Inc. ("Everlywell") and Baby Someday, Inc. ("Natalist") Consumer Privacy Notice

Last modified: May 5, 2022

## INTRODUCTION

Everly Well, Inc., doing business as Everlywell, and Baby Someday, Inc., doing business as Natalist (collectively, "we", "us" or "our"), both subsidiaries of Everly Health, Inc., respect your privacy and we are committed to protecting it through our compliance with this Privacy Notice. We have created this Privacy Notice to inform you of our policies regarding the collection, use and disclosure of personal information and the choices you have associated with that information. Capitalized terms used but not defined in this Privacy Notice have the meaning given to them in our other policies (e.g., our Terms of Use).

This Privacy Notice applies to all personal information collected through any written, electronic, or oral communications, and collected online or offline as you:

- access the website located at **https://www.everlywell.com**, and all corresponding webpages and websites that link to this Privacy Notice (our "Sites");

- use any mobile, web, console, desktop and other applications you download from our Sites, which provide dedicated non-browser-based interaction between you and our Sites;

- interact with our advertising and applications on third party websites and services, if those applications or advertising include links to this Privacy Notice; or

- utilize our Services, including the Health Consultants and Labs.

Before using our Sites and Services, please carefully read our Terms of Use, which you can view here: **https://www.everlywell.com/terms-of-use/** and **https://natalist.com/pages/terms-of-service** and this Privacy Notice. By using these Sites, you consent to the collection and use of the Personal Information in accordance with this Privacy Notice and our Terms of Use. If you do not feel comfortable with any part of this Privacy Notice or our Terms of Use, you should not use or access our Sites or Services.

We may modify this Privacy Notice at any time, without prior notice, and changes may apply to any Personal Information we hold about you, as well as any new Personal Information collected after the Privacy Notice is modified. If we make changes, a revised Privacy Notice will be posted to our Sites; the date of the last revision is included at the top of the page. We will provide individuals who create an Account ("Members") with advanced notice by email if we make any material changes to how we collect, use or disclose Members' Personal Information or that impact Members' rights under this Privacy Notice. Members are responsible for ensuring we have an up-to-date active and deliverable email address to reach them. Your continued use or revisitation of our Sites or the Services following the posting or notice of a revised Privacy Notice means that you accept and agree to the changes. You are expected to check this page from time to time so you are aware of any changes, as they are binding on you.

We also may provide additional "just-in-time" disclosures or additional information about the data collection, use and sharing practices of specific Services. Such notices may supplement or clarify our privacy practices or may provide you with additional choices about how we process your personal information.

Our Sites are offered and available to users who are 18 years of age or older. By using the Sites, you represent and warrant that you are at least 18 years old and of legal age to form a binding contract with us. If you do not meet all of these requirements, you must not access or use our Sites.

# 1. INFORMATION WE COLLECT ABOUT YOU AND HOW WE COLLECT IT

We collect personal information when you use our Sites and our Services. Personal information is any information that relates to you, identifies you personally or could be used to identify you including, but not limited to: your name, mailing address, email address, telephone number, or any other information defined as "Protected Health Information" under HIPAA laws and regulations.

The types of personal information that we may collect include, but are not limited to: the information you provide to us, information collected automatically about your use of our Sites, information from third parties, including our business partners.

**Information You Voluntarily Provide to Us**

The personal information we collect from you may include:

- Information that you provide by filling in forms on our Sites. This includes information provided at the time of registering and creating an Account, subscribing to or purchasing our Services, posting material or requesting further Services. We may also ask you for information when you report a problem with our Sites.

- Records and copies of your correspondence (including email addresses), if you contact us.

- Your responses to surveys that we might ask you to complete for research purposes.

- Details of transactions you carry out through our Sites and of the fulfillment of your orders. You may be required to provide financial information when placing an order through our Sites.

- The name and email address of individuals to whom you wish to refer our Services.

- Your search queries on the Sites.

You also may provide information to be published or displayed (hereinafter, "posted") on public areas of the Sites, or transmitted to other users of our Sites or third parties (collectively, "User Content"). Your User Content is posted on and transmitted to others at your own risk. We cannot control the actions of other users of the Services with whom you may choose to share your User Content. Therefore, we cannot and do not guarantee that your User Content will not be viewed by unauthorized persons. If you choose to utilize our Services, you will collect the appropriate biological sample(s) using a sample collection kit. The sample and your information will be provided to a Lab for the purpose of providing the Services. The Lab will store your test results and related data as required by applicable laws, regulations, and College of American Pathologists ("CAP") accreditation standards. Samples and test related data may be used or stored for regulatory compliance or healthcare operations, and de-identified for internal quality control, validation studies, and internal research and development purposes.

**Information From Third Parties**

When you interact with any Everlywell or Natalist property page or account on a social media platform, we may collect the personal information that you or the platform make available to us on that page or account, including your social media account ID and/or user name associated with that social media service, your profile picture, email address, friends list or information about the people and groups you are connected to and how you interact with them, and any information you have made public in connection with that social media service. The information we obtain depends on your privacy settings on the applicable social media service; we will comply with the privacy policies of the social media platform and we will only collect and store such personal information that we are permitted to collect by those social media platforms. When you access our Sites through social media services or when you connect the Services to social media services, you are authorizing Everlywell and/or Natalist to collect, store, and use such information and content in accordance with this Privacy Notice.

**Information Collected Automatically**

As you navigate through and interact with our Sites, we may use automatic data collection technologies to collect certain information about your equipment, browsing actions and patterns, including:

- Details of your visits to our Sites, including, but not limited to, traffic data, location data, logs and other communication data and the resources that you access and use on the Sites.

- Information about your computer and internet connection, including your IP address, operating system and browser type.

- Information about your preferences to make your use of the Sites more productive, via the use of Cookies. For more information on Cookies, please see Section 2.

## 2. COOKIES AND OTHER TRACKING TECHNOLOGY

We may use cookies, embedded scripts, and other similar tracking technologies ("Tracking Technologies") to collect additional personal information automatically as you interact with our Sites and to personalize your experience with our Sites. We also may use these technologies to collect information about your online activities over time and across third party websites or other online services (known as "behavioral tracking").

**Cookies**

Cookies are small web files that a Sites or its provider transfers to your device's hard drive through your web browser that enables the site's or provider's system to recognize your browser and remember certain information. We use first-party and third-party cookies for the following purposes: to make our Sites function properly, to improve our Sites and Services, to make login to our Sites easier (such as by remembering your User ID), to recognize you when you return to our Sites, to track your interaction with the Sites, to enhance your experience with the Sites and Services, to remember information you have already provided, to collect information about your activities over time and across third party websites or other online services in order to deliver content and advertising tailored to your interests; and to provide a secure browsing experience during your use of our Sites. The length of time a cookie will stay on your browsing device depends on whether it is a "persistent" or "session" cookie. Session cookies will only stay on your device until you stop browsing. Persistent cookies stay on your browsing device until they expire or are deleted (i.e. after you have finished browsing).

We may place cookies from third-party service providers who may use information about your visits to other websites to target advertisements for products and services available from Everlywell and/or Natalist. We do not control the types of information collected and stored by these third-party cookies. You should check the third-party's website for more information on how they use cookies. The following types of cookies are used on our Sites:

- Strictly Necessary Cookies. These cookies are essential because they enable you to use our Sites. For example, strictly necessary cookies allow you to access secure areas on our Sites. Without these cookies, some elements of our Sites cannot be provided. These cookies do not gather information

about you for marketing purposes. This category of cookies is essential for our Sites to work and they cannot be disabled.

- Functional or Preference Cookies. We use functional cookies to remember your choices so we can tailor our Sites to provide you with enhanced features and personalized content. For example, these cookies can be used to remember your name or preferences on our Sites. We do not use functional cookies to target you with online marketing. While these cookies can be disabled, this may result in less functionality during your use of our Sites.

- Performance or Analytic Cookies. These cookies collect passive information about how you use our Sites, including webpages you visit and links you click. We use the information collected by such cookies to improve and optimize our Sites and Services. We do not use these cookies to target you with online marketing. You may choose to disable these cookies.

- Advertising or Targeting Cookies. These cookies are used to make advertising messages more relevant to you. They perform functions like preventing the same ad from continuously reappearing, ensuring that ads are properly displayed for advertisers, and in some cases selecting advertisements that are based on your interests. Our third-party advertising partners may use these cookies to build a profile of your interests and deliver relevant advertising on other sites. You may choose to disable the use of these cookies as set forth below.


**Analytics**

We may use third-party Service Providers (defined below) to monitor and analyze the use of our Sites. Presently, we use Google Analytics. Google Analytics is a web analytics service offered by Google LLC ("Google") that tracks and reports site traffic. For more information on the privacy practices of Google, please visit the Google Privacy & Terms web page: **https://policies.google.com/privacy?hl=en**. Google Analytics Opt-out Browser Add-on provides visitors with the ability to prevent their data from being collected and used by Google Analytics, available at: **https://tools.google.com/dlpage/gaoptout.**

**Other Tracking Technologies**

We may also use Tracking Technologies to collect "clickstream" data, such as the domain name of the service providing you with Internet access, your device type, IP address used to connect your computer to the Internet, your browser type and version, operating system and platform, the average time spent on our Sites, webpages viewed, content searched for, access times and other relevant statistics, and assign unique identifiers to the device or other credentials you use to access the Sites for the same purposes.

Pages of our Sites and our emails may contain small electronic files known as web beacons (also referred to as clear gifs, pixel tags and single-pixel gifs) that permit us, for example, to count users who have visited those pages or opened an email and for other related website statistics (for example,

recording the popularity of certain website content and verifying system and server integrity).

**Your Choices**

Your browser may provide you with the option to refuse some or all browser cookies. You may also be able to remove cookies from your browser. You can exercise your preferences in relation to cookies served on our Sites by taking the steps outlined below.

- First-Party Cookies. You can use the browser with which you are viewing the Sites to enable, disable or delete cookies. To do this, follow the instructions provided by your browser (usually located within the "Help", "Tools" or "Edit" settings). Please note, if you set your browser to disable cookies, you may not be able to access secure areas of the Sites. Also, if you disable cookies other parts of the Sites may not work properly. You can find more information about how to change your browser cookie settings at http://www.allaboutcookies.org.

- Third-Party Cookies. To opt-out of third-party advertising networks and similar entities that use advertising cookies go to http://www.aboutads.info/choices. Once you click the link you may choose to opt-out of such advertising from all participating advertising companies or only advertising provided by specific advertising entities. For more information about third-party advertising networks and similar entities that use these technologies, please see http://www.aboutads.info/consumers.

- Flash Cookies. Certain features of our Sites may use local stored objects (or Flash cookies) to collect and store information about your preferences and navigation to, from and on our Sites. If you do not want Flash Cookies stored on your computer, you can adjust the settings of your Flash player to block Flash Cookies storage. Flash cookies are not managed by the same browser settings as are used for browser cookies, but may be managed here: http://www.macromedia.com/support/documentation/en/flashplayer/help/settings_manager07.html.

- Targeted Advertising. If you do not want us to use information that we collect or that you provide to us to deliver advertisements according to our advertisers' target-audience preferences, you can opt-out by sending an email stating your request to privacy@everlywell.com. You can also opt out of interest-based targeting provided by participating ad servers through the Digital Advertising Alliance (http://optout.aboutads.info/) or the Network Advertising Initiative (http://optout.networkadvertising.org/?c=1). In addition, on your iPhone, iPad or Android, you can change your device settings to control whether you see online interest-based ads.

We do not control third parties' collection or use of your information to serve interest-based advertising. However, these third parties may provide you with ways to choose not to have your information collected or used in this way. In addition, most web browsers provide help pages relating to setting cookie preferences. More information may be found for the following browsers here:

- **Google Chrome**

- **Internet Explorer**

- **Mozilla Firefox**

- **Safari (Desktop)**

- **Safari (Mobile)**

- **Android Browser**

- **Opera (Desktop)**

- **Opera (Mobile)**

**Do Not Track**

Some Internet browsers, such as Internet Explorer, Firefox, and Safari, include the ability to transmit "Do Not Track" or "DNT" signals. Since uniform standards for "DNT" signals have not been adopted, our Sites do not currently process or respond to "DNT" signals.

## 3. HOW WE USE YOUR INFORMATION

We will only use your personal information as described in this Privacy Notice or as disclosed to you prior to such processing taking place. The purposes for which we may use your personal information include:

- Providing any Services or products that you request or purchase.

- Contacting you regarding the administration of any features or functions of the Sites or Services you have registered to use.

- Providing you with notices about your Account, including expiration and renewal notices.

- Carrying out our obligations and enforce our rights arising from any contracts entered into between you and us, including for billing and collection.

- Notifying you about changes to our Sites, our policies, terms or any products or Services we offer or provide though it.

- Sending you marketing and promotional emails.

- Responding to your questions or other requests.

- Allowing you to participate in the interactive features of the Sites and Services.

- Tailoring your experience on the Sites and/or otherwise customizing what you see when you visit and use the Sites.

- Saving your user account, registration and profile data or other personal information (so you do not have to re-enter it each time you visit or use the Sites).

- Tracking your return visits to and use of the Sites.

- For research purposes, for marketing/promotional purposes and to provide anonymous reporting for internal and external clients and business partners;

- Accumulating and reporting aggregate, statistical information in connection with the Sites and the Services and user activity.

- Determining which features and services users like best to help us operate the Sites, enhance and improve our Sites and display advertising and marketing information.

- Keeping you secure and safe while using our Sites, which requires us to process your Personal Information to combat spam, malware, malicious activities or security risks.

- Improving and enforcing our security measures.

- Maintaining legal and regulatory compliance.

- Enforcing compliance with our terms and conditions and policies.

- Protecting you, others and our business, including, without limitation, using information for fraud prevention.

- For any other purpose disclosed to you prior to you providing us your Personal Information or which are reasonably necessary to provide the Services or other related products and/or services requested.

We may also use your information to contact you about our own and third parties' goods and services that may be of interest to you. If you do not want us to use your information in this way, please email us at **privacy@everlywell.com** to opt out.

We may use the information we have collected from you to enable us to display advertisements to our advertisers' target audiences. Even though we do not disclose your personal information for these purposes without your consent, if you click on or otherwise interact with an advertisement, the advertiser may assume that you meet its target criteria.

## 4. SHARING AND DISCLOSURE OF PERSONAL INFORMATION

We may share or disclose your personal information in the following circumstances:

- Website / e-commerce Service Providers. We may employ other companies and individuals to facilitate our Sites and Services ("Service Providers"), provide the Services on our behalf, perform Service-related services or assist us in analyzing how our Sites and Services are used. The Service Providers have access to your personal information only to perform these tasks on our behalf and are obligated not to disclose or use it for any other purpose. The Service Providers are bound by contractual obligations to keep personal information confidential and use it only for the purposes for which we disclose it to them.

- Labs and Health Consultants. We may disclose your information to the Lab(s) and Health Consultants involved in providing you Services. Upon your request, we may disclose your information to others involved in your care, including your healthcare providers, the health system or clinic where your provider practices, and other providers that you designate to receive your information.

- Research and Development. We may use your de-identified information and test results in our research. We may engage in research with third parties like universities, hospitals, health systems, government institutions, or private companies to develop new tests, validate technologies, or improve existing technologies or processes. You can opt out of such third party research by contacting us directly at **privacy@everlywell.com**. However, if you have consented in the past and later opt out, we cannot retract your de-identified information, and/or results from research already performed. We may author publications using de-identified information, either on our own or in collaboration with academic or commercial third parties.

- Within Our Corporate Organization. We may share your personal information with our subsidiaries and affiliates in order to provide you with the Services and take actions based on your requests.

- Corporate Transactions. To a buyer or other successor in the event of a merger, divestiture, restructuring, reorganization, dissolution or sale or transfer of some or all of our assets, whether as a going concern or as part of bankruptcy, liquidation or similar proceeding, in which personal information held by us about our Sites users and Members is among the assets transferred, and you agree to and do hereby consent to our assignment or transfer of rights to your personal information.

- Analytics. We may share aggregated, de-identified information (for example, aggregated trends about the general use of our Services) publicly and with our affiliates, subsidiaries, and partners. This information will not include medical information.

- Third Party Advertisers. In certain circumstances we may share your personal information with third parties to market their products or services to you if you have not opted out of these

disclosures. We contractually require these third parties to keep personal information confidential and use it only for the purposes for which we disclose it to them.

- Consent. We may disclose your personal information for any purpose with your consent.

- As Required by Law. Under certain circumstances your personal information may be subject to processing pursuant to laws, regulations, judicial or other government subpoenas, warrants, or orders. We may be required to disclose personal information in coordination with regulatory authorities in response to lawful requests by public authorities, including to meet national security or law enforcement requirements, or for public health purposes, including reporting COVID-19, HIV, and certain sexually transmitted disease results to public health regulatory bodies. We will preserve and disclose any and all information to law enforcement agencies or others if required to do so by law or in the good faith belief that such preservation or disclosure is reasonably necessary to: (a) comply with legal or regulatory process (such as a judicial proceeding, court order, or government inquiry) or obligations that we may owe pursuant to ethical and other professional rules, laws, and regulations; (b) enforce our Terms of Service and other policies; (c) respond to claims that any content violates the rights of third parties; or (d) protect the rights, property, or personal safety of Everlywell and/or Natalist, its employees, its users, its clients, and the public.

Please note that we may disclose, without restriction, aggregated or anonymized information about our users, which is information that does not identify any specific individual.

## 5. MARKETING COMMUNICATIONS

We strive to provide you with choices regarding the personal information you provide to us. We have created mechanisms to provide you with the following control over your information:

If you do not wish to have your email address or other contact information used by us to promote our own or third parties' products or services, you can opt-out by sending an email stating your request to **privacy@everlywell.com**. You may also choose to stop receiving our promotional or marketing communications by following the "unsubscribe" instructions included in these messages. This opt out does not apply to information provided by us as a result of a product purchase, warranty registration, product service experience or other transactions.

Please note that "opt-out" and "unsubscribe" requests may not take effect immediately and may take a reasonable amount of time to receive, process and apply, during which time your information shall remain subject to the prior privacy settings. Additionally, you should be aware that any information provided to third parties prior to your election to opt-out or unsubscribe will not be retrieved or rescinded, unless required by applicable law.

## 6. KEEPING YOUR PERSONAL INFORMATION ACCURATE AND DELETION

We are committed to ensuring that your personal information is kept accurate and up to date. However it is up to you to update it with any changes. You can review and change your personal information by logging into the Sites and visiting your Account profile page. You may also send us an email at privacy@everlywell.com to request access to, or to correct any personal information that you have provided to us. We may not accommodate a request to change information if we believe the change would violate any law or legal requirement or cause the information to be incorrect.

If you no longer wish to participate in our Services, or no longer wish to have your Personal Information be processed, you may request to delete your account and the information in your account, subject to certain limitations, by emailing us at privacy@everlywell.com. Once you submit your request, we will send an email to the email address linked to your account requesting that you confirm your deletion request. Once you confirm your request to delete your account and data, your account will no longer be accessible while we process your request. Once you confirm your request, this process cannot be canceled, undone, withdrawn, or reversed. When your Account is deleted, all associated personal information is deleted, unless we are required to maintain it for regulatory and compliance purposes or for a legal or business necessity.

If you delete your User Content from the Sites, copies of your User Content may remain viewable in cached and archived pages, or might have been copied or stored by other Sites users. Proper access and use of information provided on the Sites, including User Content, is governed by our Terms of Use.

## 7. YOUR CALIFORNIA PRIVACY RIGHTS

This section applies only to California residents. Pursuant to the California Consumer Privacy Act of 2018 ("CCPA"), below is a summary of the "Personal Information" categories, as identified and defined by the CCPA (see California Civil Code section 1798.140 (o)), that we collect, the reason we collect your Personal Information, where we obtain the Personal Information, and the third parties with whom we may share your Personal Information. We do not generally sell information as the term "sell" is traditionally understood. However, if and to the extent "sale" under the CCPA is interpreted to include advertising technology activities such as those implemented specifically for interest-based advertising, we will comply with applicable law as to such activity.

We generally collect the following categories of Personal Information about you when you use our Sites or Services:

- identifiers such as a name, address, unique personal identifier, email, phone number, your device's IP address, software, and identification numbers associated with your devices;

- protected classifications, such as gender;

- commercial information such as records of products or services purchased, obtained, or considered by you;

- health information;

- internet or other electronic information regarding you browsing history, search history, the webpage visited before you came to our Site, length of visit and number of page views, click-stream data, locale preferences, your mobile carrier, date and time stamps associated with transactions, and system configuration information;

- your geolocation, to the extent you have configured your device to permit us to collect such information

- audio recordings of your voice to the extent you call us, as permitted under applicable law;

- inferences about your preferences, characteristics, behavior and attitudes.

For more information about the Personal Information we collect and how we collect it, please refer to Sections 1 and 2, above.

We collect your Personal Information for the business purposes described in Section 3, above. The CCPA defines a "business purpose" as the use of Personal Information for the business's operational purposes, or other notified purposes, provided the use of Personal Information is reasonably necessary and proportionate to achieve the operational purpose for which the Personal Information was collected or another operational purpose that is compatible with the context in which the Personal Information was collected.

The categories of third parties with whom we may share your Personal Information are listed in Section 4, above.

**Privacy Rights**

If you are a California resident, you have rights in relation to your Personal Information; however, your rights are subject to certain exceptions. For instance, we cannot disclose specific pieces of Personal Information if the disclosure would create a substantial, articulable, and unreasonable risk to the security of the Personal Information, your Account with us or the security of our network systems.

- Right Against Discrimination – You have the right not to be discriminated against for exercising any of the rights described in this section. We will not discriminate against you for exercising your right to know, delete or opt-out of sales.

- Right to Know – You have the right to request in writing: (i) a list of the categories of personal information, such as name, address, email address, that a business has disclosed to third parties during the immediately preceding calendar year for the third parties' direct marketing purposes, and (ii) the names and addresses of all such third parties. In addition, you have the right to request: (i) the categories of personal information we have collected about you, (ii) the categories of sources from which personal information is collected, (iii) the business or commercial purpose for the information

collection, (iv) the categories of third parties with whom we have shared personal information, and (v) the specific pieces of personal information we hold about an individual. You have the right to request a copy of the specific Personal Information we collected about you during the 12 months before your request.

- Right to Delete - You have the right to request us delete any Personal Information we have collected from you or maintain about you, subject to certain exceptions.

To assert your right to know or your right to delete your Personal Information, please contact us according to the "Contact Information" section below. To verify your identity, we may ask you to verify Personal Information we already have on file for you. If we cannot verify your identity from the information we have on file, we may request additional information from you, which we will only use to verify your identity, and for security or fraud-prevention purposes.

- Right to Opt-Out of Selling. As described in this Privacy Policy, in certain situations we may share your Personal Information with our partners, third parties or affiliates for our marketing or other purposes. To the extent such sharing is considered a "sale" under the CCPA, as a California resident you have the right to opt-out of such sharing. If you would like us to no longer share your Personal Information in this way, please email **privacy@everlywell.com**. If you opt-out, we may be unable to offer you some of our Services which require sharing of Personal Information.

In addition, California Civil Code Section § 1798.83 permits users of our Sites that are California residents to request certain information regarding our disclosure of personal information to third parties for their direct marketing purposes (if applicable). To make such a request, please send an email or write to us (see Contact Information below).

## 8. DATA SECURITY

We have implemented measures designed to secure your personal information from accidental loss and from unauthorized access, use, alteration and disclosure. All personal information you provide to us is stored on our secure servers behind firewalls. Any payment transactions will be encrypted using SSL or other encryption technology, or will use our third party payment processors, who will use appropriate security procedures.

The safety and security of your information also depends on you. Where we have given you (or where you have chosen) a password for access to certain parts of our Sites, you are responsible for keeping this password confidential. You should not share your password with anyone. We urge you to be careful about giving out information in public areas of the Sites like message boards. The information you share in public areas may be viewed by any user of the Sites.

Unfortunately, the transmission of information via the internet is not completely secure. Although we do our best to protect your personal information, we cannot guarantee the security of your personal information transmitted to our Sites. Any transmission of personal information is at your own risk. We are not responsible for circumvention of any privacy settings or security measures contained on the Sites.

## 9. INTEGRATION OF THIRD-PARTY PLATFORMS AND SERVICES

The Sites may be linked to, rely on and be integrated with websites, applications, interfaces, services and platforms operated by other companies, including Third-Party Services. The Sites may also feature advertisements from these companies. We are not responsible for the privacy practices of such websites, applications, interfaces, services and platforms operated by third parties that are linked to, rely on and/or integrated with the Sites or for the privacy practices of third party advertising companies. Once you leave this Sites via a link, access a third-party service or click on an advertisement, you should check applicable privacy policies to determine, among other things, how related companies process Personal Information they may collect about you. This Privacy Notice applies solely to information collected by Everlywell and/or Natalist.

## 10. INFORMATION AND SAMPLE RETENTION

We are subject to multiple laws on the retention of information and will retain your information for as long as is reasonably necessary to comply with our business and legal obligations and to meet regulatory and compliance requirements.

## 11. GEOGRAPHIC RESTRICTION

Our Sites are intended for individuals who are 18 years of age or older and reside in the United States of America. We make no representations that our Sites or Services are appropriate or available for use outside of the United States. If you are a resident of another country, or are accessing the website from outside of the United States, please note that you are transferring data to the United States of America which does not have the same data protection laws as the European Union and other regions.

## 12. CHILDREN'S PRIVACY

We are committed to protecting the privacy of children as well as adults. A parent or guardian may create an account for, and provide information related to, his or her child who is under the age of 18.

The parent or guardian assumes full responsibility for ensuring that the information that he/she provides is kept secure and that the information submitted is accurate.

## 13. GOVERNING LAW

All disputes arising out of or relating to the Privacy Notice or the purchase, registration, or use of any Everlywell or Natalist product or Services shall be governed by Texas law regardless of where you access the Sites or the Services, and notwithstanding any conflicts of law principles.

## 14. PRELIMINARY EQUITABLE RELIEF AND INTELLECTUAL PROPERTY CLAIMS

Either party may bring a claim related to intellectual property rights, or seek temporary or preliminary specific performance or temporary or preliminary injunctive relief, in any court of competent jurisdiction, without the posting of bond or other security.

## 15. CONTACT INFORMATION

To exercise your rights or to contact us, please email: **privacy@everlywell.com** or: Attn: Privacy Officer, Everly Health, Inc., 823 Congress Avenue, 12th floor, Austin, TX 78701

## 16. MISCELLANEOUS

1. Class Action Waiver. Any proceedings to resolve or litigate any dispute in any forum will be conducted solely on an individual basis. Neither you nor we will seek to have any dispute heard as a collective or class action or in any other proceeding in which either party acts or proposes to act in a representative capacity, and each party hereby waives any right to assert consolidated claims with respect to any disputes subject to arbitration under the Agreement. No arbitration or proceeding will be combined with another without the prior written consent of all parties to all affected arbitrations or proceedings.

2. Limitation of Time to File Claims. Any action, claim or dispute you have against us must be filed within one year, unless prohibited by applicable law. To the extent permitted by law, any claim or dispute under this agreement must be filed within one year in an arbitration proceeding. The one-year period begins when the claim or notice of dispute first could be filed. If a claim or dispute is not filed within one year, it is permanently barred.

Exhibit C

everlywell

Everly Well, Inc.

Consent for Services

Last Modified: November 18, 2020

## Introduction

This consent form ("Consent") reviews the benefits, risks and limitations of you, as the person who has created an Account (referred to as "you" or "your"), utilizing the Services provided by Everly Well, Inc. (referred to as "Everlywell", "we", "us" or "our"). It also explains how your information and sample(s) will be used after performance of the Services. Your sample(s) will not be processed unless you confirm that you have read and understood the contents of this form.

By clicking on the box, you indicate that this Consent is a binding agreement and that you have read and understood the following terms. Capitalized terms used but not defined in this Consent have the meaning given to them in our other policies.

By clicking your acceptance, you have chosen to use our Services and have given your informed consent to have your biological sample(s) tested for biomarkers and/or genes. Biological samples shall consist solely of human fluids and/or tissue samples, depending on the test purchased, that are intended to be analyzed for the individual's sole use, and not for any other purpose, including but not limited to research, publications, commercial uses, or any other purpose other than to inform the purchaser's health and/or wellness.

## Voluntary Participation

Our Services are offered and available to users who are residents of the United States. Your use of Everlywell's Services is voluntary. It is your choice whether to utilize our Services or not. Prior to signing this Consent, you may wish to speak with a genetic counselor or your healthcare provider for further guidance about our Services.

## Procedures and Protocol for Everlywell Tests

When you create your Account, we will collect some information from you. We cannot perform the Services without collecting information from you but we will only collect information that will assist us in providing the Services that you have requested. In order for the Services to be provided as intended, you must provide accurate and correct information. Failure to provide required information or to execute required documents may result in your sample(s) not being tested.

All requests for tests will be reviewed by a licensed physician ("Health Consultant") affiliated with a company that we have partnered with to provide review and authorization of testing, review of lab results, prescriptions and counseling where applicable. Services will not be provided to you if a Health Consultant does not authorize your request and order the applicable test(s). We will refund the applicable fees for such canceled tests.

You will collect the biological sample(s) (i.e., blood, saliva, or urine) that will be provided to and tested by one of our designated testing laboratory partners ("Lab"). You will send the sample(s) directly to the Lab where your sample(s) will be tested for a number of biomarkers (including but not limited to vitamins, minerals, metabolites and hormones) and, if selected and purchased by you, genes that may inform your health and wellness choices.

The results of your test(s) will be made available to you through our Site. In the event we determine that a biological sample is not suitable for testing due to the content of the sample or because we believe the sample to have been submitted in violation of this Consent or the User Agreement, we reserve the right to withhold the results and to not provide a refund. We will determine and establish normal ranges for all tests in conjunction with the Labs based on their validation and proficiency testing procedures. If your results are clinically significant or have a critical value that falls outside of our established normal ranges by at least a certain amount, a Health Consultant will make reasonable efforts to contact you.

## Benefits

Utilizing our Services to discover what your genes and biomarkers say about you can help you gain a better perspective on your health and how your body functions. You may use this information to make more informed health care decisions and choices. A summary of the potential benefits of our tests is included below.

| Product Name | Potential Benefits Include Learning More Information About: |
| --- | --- |
| Cholesterol & Lipids | Your current cholesterol and lipid levels, which are associated with cardiac and other health conditions. |

| | |
|---|---|
| Heart Health | Your current cholesterol and lipids levels, plus HbA1c and hs-CRP. |
| Food Sensitivity | Your body's IgG levels for many foods common in Western diets. These biomarkers are related to your body's sensitivities to certain foods. These are not allergy tests. |
| Food Sensitivity Expansion | Your body's IgG levels for 88 foods common in Western diets. These biomarkers are related to your body's sensitivities to certain foods. These are not allergy tests. |
| HbA1c | Your body's ability to control glucose levels. |
| Heavy Metals | The current levels of a variety of heavy metals in your body. |
| Men's Health Test | A broad set of hormones and other biomarkers associated with male health, including testosterone. |
| Metabolism | Biomarkers that reflect your body's metabolism (ability to efficiently translate food into energy). |
| STD Test – Male & STD Test – Female * | Whether you test positive for a range of common sexually transmitted diseases, including HIV/AIDS |
| Chlamydia and Gonorrhea * | Part of our single marker STD suite, this test evaluates only Chlamydia and Gonorrhea infections. |
| Hepatitis C * | Part of our single marker STD suite, this test evaluates Hepatitis C exposure. |
| Trichomoniasis * | Part of our single marker STD suite, this test evaluates Trichomonas infection. |
| HIV * | Part of our single marker STD suite, this test evaluates HIV exposure. |
| HPV Test – Female * | This test detects the presence of 14 high risk HPV genotypes. |

| | |
|---|---|
| Sleep and Stress Test | *Hormones and other biomarkers associated with sleep quality and stress.* |
| Testosterone Test | Your current level of testosterone, which is commonly known as the male sex hormone. |
| Thyroid Test | The current function of your thyroid, which is related to a number of health conditions. |
| Vitamin D | Your body's current level of Vitamin D. Low levels of Vitamin D are associated with a range of health conditions. |
| Vitamin D & Inflammation | Your Vitamin D and CRP levels. |
| Women's Health | Hormones associated with reproductive potential and women's health. |
| Women's Fertility | Hormones that influence normal ovarian function. |
| Ovarian Reserve | A hormone (FSH) associated with the number and quality of a woman's eggs. |
| Perimenopause | Current levels of hormones that change before menopause. |
| Post-menopause | Current levels of ovarian hormones after menopause. |
| Folic Acid | Your body's current level of Vitamin B9. |
| B Vitamins | Your body's current level of vitamins B6, B9, and B12. |
| Lyme Disease * | This test detects the presence of antibodies associated with exposure to three common bacteria that cause Lyme Disease. |
| Indoor & Outdoor Allergy Test | Your IgE reactivity to indoor and outdoor allergens. |

| COVID-19 Test Home Collection Kit * | The presence or absence of RNA from SARS-CoV-2 virus. |
|---|---|
| Fecal Immunochemical Test (FIT) | The presence of blood in your stool to help detect colon cancer early so it may be treated. |

*Diagnostic test panels. If your results for these test panels identify a marker as detected or positive, a consult from a Health Consultant licensed in your state of residence will be offered to you at no additional cost. When appropriate and permitted by law, the Health Consultant may prescribe treatment for positive results.

More information about the specific benefits of our tests and Services are available on our Site.

## Risks

In order to utilize our Services, you must collect the appropriate biological sample(s) for the test(s). Some of our tests require a urine sample or a saliva sample; there are no risks associated with collecting urine or saliva samples using the containers provided in our test kits. Some of our tests require the collection of a blood sample. Although the risks and discomforts associated with a blood draw are very low, you might be at risk for excessive bleeding, fainting, feeling light-headed, bruising, hematoma (blood accumulating under the skin), or infection (a slight risk any time the skin is broken). If you have a history of excessive bleeding or fainting while having blood work done, we advise avoiding our tests that require self-collection of a blood sample.

Disclosing certain information may make you uncomfortable. Our Services include biomarker tests that may reveal sensitive information about your health. This information may be distressing.

Health information that you choose to share with your physician or other healthcare providers may become part of your medical record and through that route may be accessible to other healthcare providers and/or insurance companies in the future. Information that you share with family, friends or employers may also be used against your interests. Even if you share healthinformation that has no or limited meaning today, that information could have greater meaning in the future as new discoveries are made.

Everlywell, or the Health Consultant who reviews your results, may advise you to have a follow-up visit with your doctor after reviewing the results of your test. As a result, you may learn about health conditions and problems or potential health risks that you were not aware of before you utilized our Services. You may experience stress, anxiety, or emotional or physical discomfort when you learn about health problems or potential health problems. There may also be additional risks of utilizing our Services that are currently unforeseeable.

## Limitations

OUR SERVICES DO NOT PROVIDE MEDICAL ADVICE. The information and content provided, including but not limited to text, graphics, images, videos, and other material contained on our Site and in the Services, are for informational purposes only and are not intended as a substitute for professional medical advice, help, diagnosis or treatment. Always seek the advice of your physician or other qualified health care provider with any questions you have regarding your medical care, and never disregard professional medical advice or delay seeking it because of something you have read on or via our Site. Nothing contained in the Services is intended to constitute a medical diagnosis or treatment. Reliance on any information appearing in the Services, including but not limited to information provided by Everlywell or by other users of the Services, is solely at your own risk. By clicking your acceptance, you understand and agree that your results are not a substitute for professional medical advice. You understand that Everlywell does not provide medical services, diagnosis, treatment, or advice. You acknowledge that the Health Consultants are not employees of Everlywell and are not providing services on behalf of Everlywell, but instead are independent professionals solely responsible for the services each provides to you.

Everlywell does not warrant the accuracy, completeness, timeliness or usefulness of the opinions, content, services or other information provided through the Services or on the Internet generally. Everlywell and its affiliates, licensors, and suppliers have no control over and accept no responsibility for your compliance with the laws applicable to your state of residence.

Everlywell implements several safeguards to avoid technical errors, but as with all medical tests, there is a chance of a false positive or a false negative result. A false positive result means a  biomarker was detected, which is not in fact present. A false negative result means the test failed to identify biomarker that is in fact present. Other sources of error include sample mix-up, poor sample quality or contamination, inherent DNA sequence properties, and technical errors in the laboratory. Some biological factors, such as a history of bone marrow transplants or recent blood transfusions may limit the accuracy of the results or prevent the Services from being completed.

Results interpretation is based on currently available information in the medical literature and scientific databases. The field of genetics is constantly changing and our understanding of biomarkers is evolving. New information may replace or add to the information that we used to interpret your results. We are not obligated to notify you if there is a new understanding of biomarkers that might result in a change to the interpretation of your results. We reserve the right to contact you, at our option, in the future.

## Retention and Use of Your Information

We are subject to multiple laws on the retention of data. Accordingly, we retain any information collected about you for as long as we are required to maintain it for regulatory and compliance purposes or for a legal or business necessity.

You will send your biological sample(s) directly to the Lab that will conduct the test. Everlywell has no obligations or liability regarding the retention of your sample(s). The Lab testing your sample(s) is subject to multiple laws regarding the retention of data and samples and will maintain your data and sample(s) for as long as required for regulatory and compliance purposes or for legal or business necessity.

You understand that by providing a sample, having your sample processed, accessing your results, or providing information to us, you acquire no rights in any research or commercial products that may be developed by Everlywell or its collaborating partners. You specifically understand that you will not receive compensation for any research or commercial products that include or result from your sample or information.

Your information and test results may be stored in a repository and used for validation, educational, and/or research purposes. By clicking your acceptance of this Consent, you acknowledge and agree that Everlywell may de-identify the information that is obtained from our Services and that we may aggregate this information with de-identified information from other users. De-identification means that the personally identifiable information associated with your information will be removed. You understand that we will not disclose, sell and otherwise commercialize personally identifiable information but that we may disclose, sell and otherwise commercialize de-identified information and User Content without restriction.

We may incorporate different or additional technologies to test or analyze data in the future. We may, at our sole discretion, choose to test or analyze your data using such technologies. We are not obligated to notify you if we chose to conduct different or additional testing or analysis on your data. Your purchase of our Services does not automatically include any such different or additional technologies. You may have to pay additional fees in order to receive Services using any future or additional technologies or features.

## Confidentiality

By clicking your acceptance of this Consent, you acknowledge that you have read and understand our Privacy Policy and HIPAA Privacy Authorization. You agree the Everlywell is not liable for the unauthorized release of your results or information unless such unauthorized release was the result of gross negligence or willful misconduct on the part of Everlywell.

## Withdrawal of Consent

Your use of Everlywell's Services is voluntary. You may choose to withdraw your Consent or to stop using Everlywell's Services at any time. Such requests to should be sent to us by email at contact@everlywell.com (mailto:contact@everlywell.com)or in writing at Everly Well Inc., 823 Congress Ave, Austin, TX 78701.

Please note that while any such requests you make will be reflected in our databases within a reasonable period of time, we may retain your information in the ordinary course of business, for the satisfaction of our legal obligations, or where we otherwise reasonably believe that we have a legitimate reason to do so. Information that has already been de-identified, anonymized, or aggregated may not be retrievable or traced back for destruction, deletion, or amendment.

## Legal Agreement

You give permission for Everlywell, its representatives, affiliates, staff, agents, and designees to perform the requested Services on the sample(s) you provide and to disclose your information and results in accordance with our Privacy Policy and your HIPAA Privacy Authorization. You are not an insurance company or an employer attempting to obtain information about an insured person or an employee.

## Dispute Resolution

In the event of any dispute, claim, question, or disagreement arising from or relating to this Consent or the purchase, registration, or use of any Everlywell product or Services, we and you (collectively, the "Parties") shall use their best efforts to settle the dispute, claim, question, or disagreement. To this effect, the Parties shall consult and negotiate with each other in good faith and, recognizing their mutual interests, attempt to reach a just and equitable solution satisfactory to both Parties. If the Parties do not reach such solution within a period of thirty (30) days, then all disputes shall be resolved by binding arbitration in Austin, Texas, in accordance with the Commercial Arbitration Rules of the American Arbitration Association (the "AAA"), subject to the limitations of this section. This agreement to arbitrate will be specifically enforceable in any court having jurisdiction. Notice of a demand for arbitration shall be filed in writing with the other party hereto and with the AAA. The demand for arbitration shall be made within a reasonable time after the dispute has arisen, and in no event shall any such demand be made after the date when institution of legal or equitable proceedings based on such dispute would be barred by the applicable statute of limitations. The Parties agree that one (1) arbitrator shall arbitrate the dispute. The arbitrator shall be selected by the joint agreement of the Parties, but if they do not so agree within twenty (20) days after the date of the notice of a demand for arbitration referred to above, the selection shall be made pursuant to the Commercial Arbitration Rules of the AAA from the panels of business arbitrators maintained by the AAA. The Parties agree that the arbitrator shall have sole authority to decide whether claims brought by either party (excluding claims brought under immediately following paragraph regarding "Preliminary Equitable Relief and Intellectual Property Claims") are subject to this dispute resolution agreement. The decision of the arbitrator shall be made in writing, shall be final, judgment may be entered upon it in any court having jurisdiction thereof, and the decision shall not be subject to vacation, modification or appeal, except to the extent permitted by sections 10 and 11 of the Federal Arbitration Act, the terms of which sections the Parties agree shall apply. The fees charged by the AAA and arbitrator shall be shared equally by the parties.

## Preliminary Equitable Relief and Intellectual Property Claims

Either party may bring a claim related to intellectual property rights, or seek temporary or preliminary specific performance or temporary or preliminary injunctive relief, in any court of competent jurisdiction, without the posting of bond or other security.

## Governing Law

All disputes arising out of or relating to this Consent or the purchase, registration, or use of any Everlywell product or Services shall be governed by Texas law regardless of where you access the Site or the Services, and notwithstanding of any conflicts of law principles.

Miscellaneous

Class Action Waiver

Any proceedings to resolve or litigate any dispute in any forum will be conducted solely on an individual basis. Neither you nor we will seek to have any dispute heard as a collective or class action or in any other proceeding in which either party acts or proposes to act in a representative capacity, and each party hereby waives any right to assert consolidated claims with respect to any disputes subject to arbitration under the User Agreement. No arbitration or proceeding will be combined with another without the prior written consent of all parties to all affected arbitrations or proceedings.

Limitation of Time to File Claims

Any action, claim or dispute you have against us must be filed within one year, unless prohibited by applicable law. To the extent permitted by law, any claim or dispute under this agreement must be filed within one year in an arbitration proceeding. The one-year period begins when the claim or notice of dispute first could be filed. If a claim or dispute is not filed within one year, it is permanently barred.

Notices

You agree that we may provide you with notices by email to the address you provided at the time of registration or as changed in your Member profile on the Site.

No Affiliation with Everlywell

You agree not to hold yourself out as in any way sponsored by, affiliated with, endorsed by, in partnership or venture with, nor as an employee or employer of Everlywell, any of our affiliates or service providers.

Entire Agreement

This Agreement, including the other documents referenced and referred to herein, constitutes the entire agreement between you and us with respect to the Site and the Services and supersede all prior or contemporaneous understandings and agreements, whether written or oral, with respect thereto. No failure to exercise, and no delay in exercising, on the part of either party, any right or any power hereunder shall operate as a waiver thereof, nor shall any single or partial exercise of any right or power hereunder preclude further exercise of that or any other right hereunder. In the event of a conflict between this Agreement and any applicable purchase or other terms, the terms of this Agreement shall govern. If any provision of this Agreement is illegal or unenforceable under applicable law, the remainder of the provision will be amended to achieve as closely as possible the effect of the original term and all other provisions of this Agreement will continue in full force and effect. The headings of sections and paragraphs in this Agreement are for convenience only and shall not affect its interpretation.

## Special Notice for COVID-19 Testing In Connection with Employment for Work Safety Purposes

If COVID-19 testing is being provided by your employer for work safety testing purposes on either a voluntary or mandatory basis, then the following additional statements apply and supersede other provisions in this consent form. Your signature on this Consent means you have read, understood and agree to the following:

This COVID-19 testing is for public health and work safety purposes in connection with your employment, is not a health benefit and is not part of a health plan or wellness plan. You are an employee undergoing testing in connection with your employment.

Results from the COVID-19 testing, as well as information you provide during registration, will be shared by Everlywell and the Labs with your employer as well as the vendor(s) who provides services to your employer in support of the employer's business related to these results, including your employer's franchisor and/or affiliate company. Signing this Consent is required in order to receive the COVID-19 testing services provided by your employer.

Although this form mentions other tests provided by Everlywell, the specimen you provide will ONLY be tested to diagnose COVID-19.

This COVID-19 testing is an at-home self-collection kit which uses a nasal swab. Wording regarding blood, urine or saliva does not apply and should be disregarded.

This COVID-19 testing is provided at no cost to you. Wording about fees, insurance, refunds, and reimbursement do not apply and should be disregarded.

Any resulting research studies, publications or commercial uses conducted by or for Everlywell or the Labs will not identify you, your employer, your employer's franchisor or your employer's affiliate company.

You can opt out of receiving marketing communications from Everlywell through "unsubscribe" links available on all marketing communications.

This COVID-19 testing does not involve medication or treatment for COVID-19. Physician consultation provided as part of this COVID-19 testing are physician services necessary to perform the COVID-19 testing, such as education provided to you regarding the test result and a telehealth consult. These services do not involve medication or treatment. As with other types of lab testing, there may be false positives and false negatives. If you have a positive test result, you should follow up with your personal health care provider.

This COVID-19 test is a point in time snapshot about your current status at this time; a person could still contract COVID-19 or test positive for COVID 19 in the future even if he/she has a negative result now.

Contacting Everlywell

If you have questions or comments about our Services or this Consent, please contact us by email at contact@everlywell.com , by phone at (512) 309-5588, by fax at (512) 857-0981, or in writing at Everly Well Inc., 823 Congress Ave, Austin, TX 78701.



  

| Your email address | Subscribe |
|---|---|

© 2022 Everlywell, Inc. All rights reserved.

Terms of Use    Privacy Policy    CA Consumer Privacy Act

Blog    FAQs    The Science    Help    Media    Careers    Everlywell Reviews

For Health Plans    Become an Affiliate    Refer a Friend    Contact Us

Everlywell offers access to laboratory testing for wellness monitoring, informational and educational use.

With the exception of certain diagnostic test panels, list available here, the tests we offer access to are not intended to diagnose or treat disease. None of our tests are intended to be a substitute for seeking professional medical advice, help, diagnosis, or treatment. For regulatory reasons, our tests are not available in NY with the exception of COVID-19.

Exhibit D

**Everly Well, Inc.**

**everlywell.com**

**Website Visitor Terms of Use**

Last Modified: November 18, 2020

## Acceptance of the Terms of Use

Welcome to the website operated by Everly Well, Inc. ("we", "us" or "our"). The following terms and conditions ("Terms of Use"), govern your access to and use of the everlywell.com website, including any content, functionality and services offered on or through everlywell.com (the "Site").

Please read these Terms of Use carefully before you start to use the Site. By using the Site, you accept and agree to be bound and abide by these Terms of Use in addition to  our Privacy Policy, found at https://www.everlywell.com/privacy-policy (https://web.archive.org/web/20221024170712/https://www.everlywell.com/privacy-policy), and, if applicable, our User Agreement, found at https://www.everlywell.com/terms-and-conditions (https://web.archive.org/web/20221024170712/https://www.everlywell.com/terms-and-conditions), and Consent for Services, found at https://www.everlywell.com/product-consent (https://web.archive.org/web/20221024170712/https://www.everlywell.com/product-consent), which are incorporated herein by reference. If you do not want to agree to the Terms of Use or the Privacy Policy, you must not access or use the Site. Capitalized terms used but not defined in these Terms of Use have the meaning given to them in our other policies (e.g., our Privacy Policy and our User Agreement).

The Site is offered and available to users who are 18 years of age or older. By using the Site, you represent and warrant that you are at least 18 years old and of legal age to form a binding contract with us. If you do not meet all of these requirements, you must not access or use the Site.

## Changes to the Terms of Use

We may revise and update these Terms of Use from time to time in our sole discretion. All changes are effective immediately when we post them and apply to all access to and use of the Site thereafter. Your continued use or revisitation of the Site following the posting of revised Terms of Use means that you accept and agree to the changes. You are expected to check this page from time to time so you are aware of any changes, as they are binding on you. Certain services we offer on the Site have their own terms and conditions ("User Agreement"). In the event of any conflict between these Terms of Use and any User Agreement, the User Agreement shall control.

## Accessing the Site and Account Security

We reserve the right to withdraw or amend the Site, and any service or material we provide on the Site, in our sole discretion without notice. We will not be liable if for any reason all or any part of the Site is unavailable at any time or for any period. From time to time, we may restrict access to some parts of the Site or the entire Site.

Certain services offered on the Site ("Services") are available only to users who set up an account ("Account") and consent to a User Agreement. To access the Site or some of the Services it offers, you may be asked to provide certain registration details or other information. It is a condition of your use of the Site that all the information you provide on the Site is correct, current and complete. You agree that all information you provide to register with the Site or otherwise, including but not limited to through the use of any interactive features on the Site, is governed by our Privacy Policy, and you consent to all actions we take with respect to your information consistent with our Privacy Policy.

If you choose, or are provided with, a username, password or any other piece of information as part of our security procedures, you must treat such information as confidential, and you must not disclose it to any other person or entity. You acknowledge that your Account is personal to you and you agree not to provide any other person with access to the Site or portions of it using your username, password, or other security information. You agree to notify us immediately of any unauthorized access to or use of your username or password or any other breach of security. You also agree to ensure that you exit from your Account at the end of each session. You should use particular caution when accessing your Account from a public or shared computer so that others are not able to view or record your password or other personal information. We have the right to disable any username, password or other identifier, whether chosen by you or provided by us, at any time in our sole discretion for any or no reason, including if, in our opinion, you have violated any provision of these Terms of Use. We may rely on the

authority of anyone accessing your Account or using your login credentials and in no event and under no circumstances shall we be held liable to you for any liabilities or damages resulting from or arising out of (i) any action or inaction by us under this provision, (ii) any compromise of the confidentiality of your Account or password, and (iii) any unauthorized access to your Account or use of your password. We may store, transmit, receive, and/or access your data on or from our own servers or those of our service providers which may be in or outside of the United States.

## Intellectual Property Rights

The Site and its entire contents, features and functionality (including, but not limited to, all information, software, text, displays, images, video and audio, and the design, selection and arrangement thereof), are owned by us, our licensors or other providers of such material and are protected by United States and international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws. No right, title or interest in or to the Site or any content on the Site is transferred to you, and we reserve all rights not expressly granted herein. Any use of the Site not expressly permitted by these Terms of Use is a breach of these Terms of Use and may violate copyright, trademark and other laws.

Our name, brands, logos, slogans and other trademarks are our trademarks. All other names, brands, logos, product and service names, and designs appearing on the Site are the trademarks of their respective owners. You may not use such trademarks without our prior written permission.

These Terms of Use permit you to use the Site for your personal, non-commercial use only. You must not reproduce, distribute, modify, create derivative works of, publicly display, publicly perform, republish, download, store or transmit any of the material on our Site, except as follows:

- Your computer may temporarily store copies of such materials in RAM incidental to your accessing and viewing those materials.
- You may store files that are automatically cached by your web browser for display enhancement purposes.
- You may print or download a reasonable number of pages of the Site for your own personal, non-commercial use and not for further reproduction, publication or distribution.
- If we provide desktop, mobile or other applications for download, you may download a single copy to your computer or mobile device solely for your own personal, non-commercial use, provided you agree to be bound by our applicable end user license agreement for such applications.
- If we provide social media features, such as allowing you to share items you find in our news section through social media links in those posts, you may take such actions as are enabled by such features.

You must not:

- Modify copies of any materials from the Site;
- Use any illustrations, photographs, video or audio sequences or any graphics separately from the accompanying text;
- Delete or alter any copyright, trademark or other proprietary rights notices from copies of materials from the Site; or,
- Access or use for any commercial purposes any part of the Site or any services or materials available through the Site.

## Prohibited Uses

You may use the Site only for lawful purposes and in accordance with these Terms of Use. You agree not to use the Site:

- In any way that violates any applicable federal, state, local or international law or regulation (including, without limitation, any laws regarding the export of data or software to and from the United States or other countries).
- For the purpose of exploiting, harming or attempting to exploit or harm minors in any way by exposing them to inappropriate content, asking for personally identifiable information or otherwise.
- To transmit, or procure the sending of, any advertising or promotional material without our prior written consent, including any "junk mail", "chain letter" or "spam" or any other similar solicitation.
- To impersonate or attempt to impersonate us, our employees, another user or any other person or entity (including, without limitation, by using e-mail addresses or screen names associated with any of the foregoing).
- To engage in any other conduct that restricts or inhibits anyone's use or enjoyment of the Site, or which, as determined by us, may harm us or other users of the Site or expose them to liability.

Additionally, you agree not to:

- Use the Site in any manner that could disable, overburden, damage, or impair the Site or interfere with any other user's use of the Site, including his or her ability to engage in real time activities through the Site.

- Use any robot, spider or other automatic device, process or means to access the Site for any purpose, including monitoring or copying any of the material on the Site.

- Use any manual process to monitor or copy any of the material on the Site or for any other unauthorized purpose without our prior written consent.

- Use any device, software or routine that interferes with the proper working of the Site.

- Introduce any viruses, Trojan horses, worms, logic bombs, keystroke logging, or other material which is malicious or technologically harmful.

- Attempt to gain unauthorized access to, interfere with, damage or disrupt any parts of the Site, the server on which the Site is stored, or any server, computer or database connected to the Site.

- Attack the Site via a denial-of-service attack or a distributed denial-of-service attack.

- Otherwise attempt to interfere with the proper working of the Site.

## Content You Post on the Site

You are responsible for all content that you post on, transmit through, or download from the Site ("User Content"). User Content does not include "Protected Health Information," as defined in the Health Insurance Portability and Accountability Act and the regulations implementing that Act ("HIPAA"), that you may provide or submit to us when requesting Services. You may not post User Content that: is not your own original creation or that you do not have permission to use (keep in mind that just because something on the internet does not have a copyright notice on it doesn't mean you can use it without permission); infringes the copyright, trademark, patent right, or other proprietary right of any person or that is used without the permission of the owner; you know to be inaccurate; is pornographic, sexually explicit, or obscene; exploits children or minors; violates the rights of privacy or publicity of any person; is harassing, libelous, slanderous, or defamatory; contains any personally identifying information about any person without their consent or about any person who is a minor; may be deemed generally offensive to the website community, including blatant expressions of bigotry, prejudice, racism, hatred, profanity or religious or political radicalism; includes advertisements, promotions, solicitations, spam, or offers to sell any goods or services for any commercial purpose; is off topic; is intended to provide professional advice, including but not limited to, medical , legal, financial or investment advice; is intended to solicit, recommend, endorse, or offer to buy or sell any securities or other financial instruments, tout stocks, or recommend that any particular security, portfolio of securities, transaction, or investment strategy is suitable for you or any specific person; violates any local, state, federal, and/or international laws or regulations; promotes or provides instructional information about illegal or illicit activities; contains software viruses or any other computer code, files, or programs designed to destroy, interrupt, or otherwise limit the functionality of any computer software, computer hardware, or other equipment; or, is intended to overwhelm, cause technical disruptions of or denial of service to the Site. We may remove any User Content that violates these Terms of Use or that we determine is otherwise not appropriate for the Site in our sole discretion.

By posting or transmitting User Content on or through the Site, you

1. represent and warrant that you are the creator and owner of, or have the necessary licenses, rights, consents, and permissions to use and to authorize us and users of the Site to use and distribute your User Content as necessary to exercise the licenses granted by you in these Terms and in the manner contemplated by us and the Terms of Use,

2. represent and warrant that your User Content, and the use thereof as contemplated herein, does not and will not: (a) infringe, violate, or misappropriate any third-party right, including any copyright, trademark, patent, trade secret, moral right, privacy right, right of publicity, or any other intellectual property or proprietary right; or (b) slander, defame, libel, or invade the right of privacy, or violate the right of publicity or other property rights of any other person; and,

3. agree to and do hereby grant us and our affiliates and partners a nonexclusive, perpetual, irrevocable, worldwide, sublicensable, transferrable, royalty-free right and license to use, store, display, publish, transmit, transfer, distribute, reproduce, rearrange, edit, modify, aggregate, create derivative works of and publicly perform the User Content that you submit to the Site for any purpose, in any form, medium, or technology now known or later developed. You also acknowledge that (i) we may have already created, or be in the process of creating, content that may be substantially similar to your ideas at the time you submit those ideas to us, and (ii) elements of your ideas may not be subject to protection under copyright laws. You also grant us a license to use your username in connection with our use of any User Content you provide to us, including in connection with off-Site uses of such submitted User Content. You also consent to the display of advertising within or adjacent to any of your User Content. Any User Content sent to us, including feedback data, such as questions, comments, suggestions and any other response shall be deemed to be nonconfidential.

## Reliance on Information Posted

The information presented on or through the Site is made available solely for general information purposes. We do not warrant the accuracy, completeness or usefulness of this information. Any reliance you place on such information is strictly at your own risk. We disclaim all liability and responsibility arising from any reliance placed on such information by you or any other visitor to the Site, or by anyone who may be informed of any of its contents. The Site may include content provided by third parties, including materials provided by other users, bloggers and third-party licensors, syndicators, aggregators and/or reporting services. All statements and/or opinions expressed in these materials,

and all articles and responses to questions and other content, other than the content we provide, are solely the opinions and the responsibility of the person or entity providing those materials. These materials do not necessarily reflect our opinion. We are not responsible, or liable to you or any third party, for the content or accuracy of any materials provided by any third parties.

WE DO NOT PROVIDE MEDICAL ADVICE. The information available on the Site and provided through the Services are not a substitute for professional medical advice. You should always seek the advice of your physician or another licensed health care provider with any questions you may have regarding your health.

## Links to other Websites and Resources

If the Site contains links to other websites and resources provided by third parties, these links are provided for your convenience only. This includes links contained in advertisements, including banner advertisements and sponsored links. We have no control over the contents of those websites or resources, and accept no responsibility for them or for any loss or damage that may arise from your use of them. If you decide to access any of the third party websites linked to the Site, you do so entirely at your own risk and subject to the terms and conditions of use for such websites.

## Information About You and Your Visits to the Site

All information we collect on the Site is subject to our Privacy Policy. By using the Site, you consent to all actions taken by us with respect to your information in compliance with the Privacy Policy.

## Geographic Restrictions

The owner of the Site is based in the United States. We provide the Site for use only by persons located in the United States. We make no claims or representations that the Site or any of its content is accessible or appropriate outside of the United States. Access to the Site may not be legal by certain persons or in certain countries. If you access the Site from outside the United States, you do so on your own initiative and are responsible for compliance with local laws.

Certain companies affiliated with us may provide services and operate websites which may be linked to from our Site and which are governed by their own terms of use and not these Terms of Use, and may be subject to laws of other local or international jurisdictions.

## Disclaimer of Warranties

You understand that we cannot and do not guarantee or warrant that authorized files or content available for downloading from the Site or the internet will be free of viruses, malware or other destructive code. You are responsible for implementing sufficient procedures and checkpoints to satisfy your particular requirements for anti-virus protection and accuracy of data input and output, and for maintaining a means external to our Site for any reconstruction of any lost data. WE WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGE CAUSED BY A DISTRIBUTED DENIAL-OF-SERVICE ATTACK, VIRUS OR OTHER TECHNOLOGICALLY HARMFUL MATERIAL THAT MAY INFECT YOUR COMPUTER EQUIPMENT, COMPUTER PROGRAMS, DATA OR OTHER PROPRIETARY MATERIAL DUE TO YOUR USE OF THE SITE OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE SITE OR TO YOUR DOWNLOADING OF ANY MATERIAL POSTED ON IT, OR ON ANY WEBSITE LINKED TO IT.

YOUR USE OF THE SITE, ITS CONTENT, AND ANY SERVICES OR ITEMS OBTAINED THROUGH THE SITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, AT YOUR OWN RISK, AND WITHOUT ANY WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. NEITHER WE NOR ANY OF OUR PROVIDERS, PARTNERS, AFFILIATES, OR HEALTH CONSULTANTS MAKE ANY WARRANTY OR REPRESENTATION WITH RESPECT TO THE COMPLETENESS, SECURITY, RELIABILITY, QUALITY, CURRENCY, ACCURACY, AVAILABILITY OR OPERATION OF THE SITE, OR THE INFORMATION OR CONTENT INCLUDED THEREON. WITHOUT LIMITING THE FOREGOING, NEITHER WE NOR ANYONE ASSOCIATED WITH US REPRESENT OR WARRANT THAT THE SITE, ITS CONTENT OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE SITE WILL BE ACCURATE, RELIABLE, ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, THAT OUR SITE, OUR (AND OUR SERVICE PROVIDERS') SERVERS, THE CONTENT, OR COMMUNICATIONS SENT FROM OR ON BEHALF OF US ARE FREE OF VIRUSES SCRIPTS, TROJAN HORSES, WORMS, MALWARE, TIME BOMBS OR OTHER HARMFUL COMPONENTS OR THAT THE SITE OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE SITE WILL OTHERWISE MEET YOUR NEEDS, EXPECTATIONS, OR REQUIREMENTS OR ACHIEVE ANY INTENDED RESULTS. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US OR THROUGH THE SITE OR SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, WE, ON OUR OWN BEHALF AND ON BEHALF OF OUR AFFILIATES AND OUR RESPECTIVE LICENSORS AND SERVICE PROVIDERS, HEREBY DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, WITH RESPECT TO THE SITE AND THE SERVICES, INCLUDING, BUT NOT LIMITED TO, ALL

WARRANTIES OF MERCHANTABILITY, FITNESS FOR PARTICULAR PURPOSE, TITLE, NON-INFRINGEMENT, OPERABILITY, CONDITION, QUIET ENJOYMENT, VALUE, ACCURACY OF DATA AND SYSTEM INTEGRATION, AND WARRANTIES THAT MAY ARISE OUT OF COURSE OF DEALING, COURSE OF PERFORMANCE, USAGE OR TRADE PRACTICE.

THE FOREGOING DOES NOT AFFECT ANY WARRANTIES WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES OR THE LIMITATIONS ON THE APPLICABLE STATUTORY RIGHTS OF A CONSUMER, SO SOME OF THESE EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU.

## Limitation on Liability

IN NO EVENT WILL WE, OUR AFFILIATES OR THEIR LICENSORS, SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS OR DIRECTORS BE LIABLE FOR DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE SITE, ANY WEBSITES LINKED TO IT, ANY CONTENT ON THE SITE OR SUCH OTHER WEBSITES OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE SITE OR SUCH OTHER WEBSITES, INCLUDING ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES, INCLUDING, BUT NOT LIMITED TO, PERSONAL INJURY, PAIN AND SUFFERING, EMOTIONAL DISTRESS, PROPERTY DAMAGE, LOSS OF REVENUE, LOSS OF PROFITS, LOSS OF BUSINESS OR ANTICIPATED SAVINGS, BUSINESS INTERRUPTION, LOSS OF USE, LOSS OF GOODWILL, LOSS OR CORRUPTION OF DATA, COST OF SUBSTITUTE GOODS OR SERVICES, OR COMPUTER FAILURE OR MALFUNCTION.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL WE OR OUR AFFILIATES, OR ANY OF OUR RESPECTIVE LICENSORS OR SERVICE PROVIDERS, HAVE ANY LIABILITY ARISING FROM OR RELATED TO YOUR USE OF OR INABILITY TO USE THE SITE OR THE SERVICES FOR:

1. ANY ACTION YOU TAKE BASED ON THE INFORMATION YOU RECEIVE IN, THROUGH, OR FROM THE SITE OR THE SERVICES;
2. YOUR FAILURE TO KEEP YOUR PASSWORD OR ACCOUNT DETAILS SECURE AND CONFIDENTIAL;
3. THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION, OR SERVICES PURCHASED OR OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH OR FROM THE SERVICES;
4. THE IMPROPER AUTHORIZATION FOR THE SERVICES BY SOMEONE CLAIMING SUCH AUTHORITY; STATEMENTS OR CONDUCT OF ANY THIRD PARTY ON THE SERVICES.

THESE LIMITATIONS WILL APPLY WHETHER SUCH DAMAGES ARISE OUT OF BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE) OR ANY OTHER THEORY OR CAUSE OF ACTION AND REGARDLESS OF WHETHER SUCH DAMAGES WERE FORESEEABLE OR WE WERE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

WE DO NOT GUARANTEE CONTINUOUS, UNINTERRUPTED OR SECURE ACCESS TO THE SITE OR THE SERVICES, OR ANY RELATED SERVICES. THE OPERATION OF THE SITE MAY BE INTERFERED WITH BY NUMEROUS FACTORS OUTSIDE OUR CONTROL. UNDER NO CIRCUMSTANCES SHALL WE BE LIABLE FOR ANY DAMAGES THAT RESULT FROM THE USE OF OR INABILITY TO USE THE SITE, INCLUDING BUT NOT LIMITED TO RELIANCE BY YOU ON ANY INFORMATION OBTAINED FROM THE SITE OR THAT RESULT FROM MISTAKES, OMISSIONS, INTERRUPTIONS, DELETION OF FILES OR E-MAIL, ERRORS, DEFECTS, VIRUSES, DELAYS IN OPERATION OR TRANSMISSION, OR ANY FAILURE OF PERFORMANCE, WHETHER OR NOT RESULTING FROM ACTS OF GOD, COMMUNICATIONS FAILURE, THEFT, DESTRUCTION, OR UNAUTHORIZED ACCESS TO OUR RECORDS, PROGRAMS, OR SERVICES. YOU HEREBY ACKNOWLEDGE THAT THIS PARAGRAPH SHALL APPLY TO ALL CONTENT, DATA, AND INFORMATION SUBMITTED TO THE SITE.

IF YOU ARE DISSATISFIED WITH ANY PORTION OF THIS SITE OR THE SERVICES, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USE OF THE SITE OR THE SERVICES. OUR AGGREGATE LIABILITY TO YOU FOR ALL CLAIMS ARISING FROM OR RELATED TO THE SITE OR THE SERVICES IS LIMITED TO THE LESSER OF (I) THE AMOUNT OF FEES ACTUALLY PAID BY YOU FOR USE OF THE SERVICES OR (II) ONE HUNDRED DOLLARS (U.S. $100.00).

THE FOREGOING DOES NOT AFFECT ANY LIABILITY WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW. SOME JURISDICTIONS DO NOT ALLOW CERTAIN LIMITATIONS OF LIABILITY SO SOME OR ALL OF THE ABOVE LIMITATIONS OF LIABILITY MAY NOT APPLY TO YOU. IF YOU ARE A CALIFORNIA RESIDENT, YOU WAIVE CALIFORNIA CIVIL CODE § 1542, WHICH SAYS: A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR. IF YOU ARE A RESIDENT OF A STATE WITH PROTECTIONS SIMILAR TO CALIFORNIA CIVIL CODE § 1542, YOU HEREBY WAIVE SUCH PROVISIONS OR PROTECTIONS.

## Indemnification

You agree to defend, indemnify and hold harmless us, our affiliates, licensors and service providers, and our and their respective officers, directors, employees, contractors, agents, licensors, suppliers, successors and assignees, from and against any and all claims, liabilities, deficiencies, damages, actions, judgments, settlements, interest, awards, losses, fines, penalties, costs, expenses or fees or any kind (including reasonable attorneys' fees and costs) arising from or relating to your violation of these Terms of Use or the terms in our other policies and agreements that you agree to be bound by, your use or misuse of the Site, including, but not limited to, any use of the Site's content, Services and products other than as expressly authorized, your use of any information obtained from the Site, any User Content you submit, post to or transmit through the Site or the Services, or, your violation of any third party's rights, including, but not limited to, intellectual property rights, right of privacy, right of publicity and confidentiality.

## Termination

You may delete your Account and end your registration at any time, for any reason by sending an email to contact@everlywell.com (mailto:contact@everlywell.com) We may terminate your use of the Site, your Account and/or registration for any or no reason at any time. You understand that termination of your agreement with us pursuant to these Terms of Use and your Account will not entitle you to any refund and may involve deletion of your information from our live databases as well as any content that you uploaded to the Site using such Account. YOU AGREE THAT WE WILL NOT BE LIABLE TO YOU OR ANY OTHER PARTY FOR ANY TERMINATION OF YOUR ACCESS TO THE SITE OR SERVICES OR DELETION OF YOUR ACCOUNT OR CONTENT UPLOADED BY YOU.

YOUR SEPARATE USER AGREEMENT OR CONSENT FOR SERVICES MAY CONTAIN DIFFERENT TERMINATION PROVISIONS FOR A GIVEN SERVICE. IN SUCH CASES THE TERMINATION PROVISIONS WITHIN SUCH SEPARATE USER AGREEMENT OR CONSENT FOR SERVICES SHALL GOVERN THE TERMINATION OF THOSE SERVICES.

## Dispute Resolution

In the event of any dispute, claim, question, or disagreement arising from or relating to these Terms of Use or the purchase, registration, or use of any Everlywell product or Services, we and you (collectively, the "Parties") shall use their best efforts to settle the dispute, claim, question, or disagreement. To this effect, the Parties shall consult and negotiate with each other in good faith and, recognizing their mutual interests, attempt to reach a just and equitable solution satisfactory to both Parties. If the Parties do not reach such solution within a period of thirty (30) days, then all disputes shall be resolved by binding arbitration in Austin, Texas, in accordance with the Commercial Arbitration Rules of the American Arbitration Association (the "AAA"), subject to the limitations of this section. This agreement to arbitrate will be specifically enforceable in any court having jurisdiction. Notice of a demand for arbitration shall be filed in writing with the other party hereto and with the AAA. The demand for arbitration shall be made within a reasonable time after the dispute has arisen, and in no event shall any such demand be made after the date when institution of legal or equitable proceedings based on such dispute would be barred by the applicable statute of limitations. The Parties agree that one (1) arbitrator shall arbitrate the dispute. The arbitrator shall be selected by the joint agreement of the Parties, but if they do not so agree within twenty (20) days after the date of the notice of a demand for arbitration referred to above, the selection shall be made pursuant to the Commercial Arbitration Rules of the AAA from the panels of business arbitrators maintained by the AAA. The Parties agree that the arbitrator shall have sole authority to decide whether claims brought by either party (excluding claims brought under the following paragraph regarding intellectual property and preliminary equitable relief claims) are subject to this dispute resolution agreement. The decision of the arbitrator shall be made in writing, shall be final, judgment may be entered upon it in any court having jurisdiction thereof, and the decision shall not be subject to vacation, modification or appeal, except to the extent permitted by sections 10 and 11 of the Federal Arbitration Act, the terms of which sections the Parties agree shall apply. The fees charged by the AAA and arbitrator shall be shared equally by the Parties.

Either party may bring a claim related to intellectual property rights, or seek temporary or preliminary specific performance or temporary or preliminary injunctive relief, in any court of competent jurisdiction, without the posting of bond or other security.

## DMCA Notification.

We respect the rights of intellectual property holders. If you believe that any content on the Site violates these Terms of Use or your intellectual property rights, you can report such violation to us in accordance with the Digital Millennium Copyright Act (17 U.S.C. § 512). In the case of an alleged infringement, please provide the following information:

1. A description of the copyrighted work or other intellectual property that you claim has been infringed;

2. A description of where the material that you claim is infringing is located on the Site (including the exact URL);

3. An address, a telephone number, and an e-mail address where we can contact you;

4. A statement that you have a good faith belief that the use is not authorized by the copyright or other intellectual property rights owner, by its agent, or by law;

5. A statement by you under penalty of perjury that the information in your notice is accurate and that you are the copyright or intellectual property owner or are authorized to act on the owner's behalf; and,

6. Your electronic or physical signature, or that of the person authorized to act on behalf of the owner of the copyright or other right being infringed.

We may request additional information before we remove allegedly infringing material. You may report a copyright violation by providing the above information to our designated agent at: Director of Communications, Everly Well, Inc., 823 Congress Ave, Austin, TX 78701. Phone: +1 (512) 309-5588; Fax: +1 (512) 857-0981; Email: contact@everlywell.com (mailto:contact@everlywell.com)

We will terminate the user account of any user who repeatedly submits content that violates our intellectual property policies. A repeat infringer is a user who has been notified of infringing activity more than twice and/or has had content removed from the Site more than twice.

## Miscellaneous.

Governing Law and Jurisdiction.

All matters relating to the Site and these Terms of Use and any dispute or claim arising therefrom or related thereto (in each case, including non-contractual disputes or claims), shall be governed by and construed in accordance with the laws of the State of Texas regardless of where you access the Site or the Services, and notwithstanding any conflicts of law principles.

Class Action Waiver.

Any proceedings to resolve or litigate any dispute in any forum will be conducted solely on an individual basis. Neither you nor we will seek to have any dispute heard as a collective or class action or in any other proceeding in which either party acts or proposes to act in a representative capacity, and each party hereby waives any right to assert consolidated claims with respect to any disputes subject to arbitration under these Terms of Use or any disputes between the Parties. No arbitration or proceeding will be combined with another without the prior written consent of all parties to all a ected arbitrations or proceedings.

Limitation of Time to File Claims.

Any action, claim or dispute you have against us must be filed within one year, unless prohibited by applicable law. To the extent permitted by law, any claim or dispute under these Terms of Use or the purchase, registration, or use of any Everlywell product or Services must be filed within one year in an arbitration proceeding. The one-year period begins when the claim or notice of dispute first could be filed. If a claim or dispute is not filed within one year, it is permanently barred.

Notices.

You agree that we may provide you with notices, including those regarding changes to these Terms of Use, by email to the address you provide at the time of registration or as reflected in your Account on the Site.

No A iliation with Everlywell.

You agree not to hold yourself out as in any way sponsored by, a iliated with, endorsed by, in partnership or venture with, nor as an employee or employer of us, any of our a iliates or service providers.

Entire Agreement.

These Terms of Use, our Privacy Policy, and any User Agreement, Consent for Services, or HIPAA Privacy Authorization you have consented to constitute the entire agreement between you and us with respect to the Site and supersede all prior or contemporaneous understandings and agreements, whether written or oral, with respect thereto. No failure to exercise, and no delay in exercising, on the part of you or us, any right or any power hereunder shall operate as a waiver thereof, nor shall any single or partial exercise of any right or power hereunder preclude further exercise of that or any other right hereunder. In the event of a conflict between these Terms of Use and any other terms other than our User Agreement, the terms of these Terms of Use shall govern. If any provision of these Terms of Use is illegal or unenforceable under applicable law, the remainder of the provision will be amended to achieve as closely as possible the e ect of the original term and all other provisions of these Terms of Use will continue in full force and e ect. The headings of sections and paragraphs in these Terms of Use are for convenience only and shall not a ect its interpretation.

## Your Comments and Concerns

This website is operated by Everly Well, Inc. All feedback, comments, requests for technical support and other communications relating to the Site should be directed to contact@everlywell.com.

Thank you for visiting our Site.





© 2022 Everlywell, Inc. All rights reserved.

Terms of Use    Privacy Policy    CA Consumer Privacy Act

Blog    FAQs    The Science    Help    Media    Careers    Everlywell Reviews

For Health Plans    Become an Affiliate    Refer a Friend    Contact Us

Everlywell offers access to laboratory testing for wellness monitoring, informational and educational use.

With the exception of certain diagnostic test panels, list available here, the tests we offer access to are not intended to diagnose or treat disease. None of our tests are intended to be a substitute for seeking professional medical advice, help, diagnosis, or treatment. For regulatory reasons, our tests are not available in NY with the exception of COVID-19.

Exhibit E



Home    Products    About us    Account

Search

CATEGORIES

Managing My Account

Payment Options

Shipping & Orders

Gift Cards

# Everlywell Refund, Cancellation and Replacement Policy

The following policy applies for purchases made through Everlywell.com. If you purchased your Everlywell product at Amazon or another authorized retailer, please speak with a representative from the original place of purchase as Everlywell must adhere to their policies and procedures. Products purchased through an unauthorized reseller are not eligible for any refund, cancellation, or replacement. In order to be eligible for a refund, cancellation, or replacement from purchases made on everlywell.com, customers must provide proof of purchase.

For prompt service, please email our Customer Care Team and provide your order number for any request for the following:

## COVID-19 Products

- If you purchased a COVID-19 Test Home Collection Kit DTC or a COVID-19 rapid antigen test, all sales are final. Please contact customer care in the event of device malfunction or invalid results.

## Vitamins and Supplements

- We are not able to offer replacements for vitamins and supplements.

- If you are dissatisfied with your vitamin and supplements order, please let our Customer Care Team know within 30 days of your first order and we'll give you a full refund.

- Orders over 30 days old are not eligible for any refund.

- Everlywell cannot accept returned/unused vitamins and supplements. We ask that you dispose of any product you do not wish to use.

*Please refer to the Vitamins and Supplements Subscription Policy for more information.*

## Test Kits

- If your order has not shipped, you are eligible for a 100% refund of your Everlywell.com order, excluding COVID-19 Test Home Collection Kit DTC or a COVID-19 rapid antigen test.

- If it has been 30 days or less since you've placed your order, you are eligible for a full refund less $15 USD (or $28 USD for expedited shipping) per test kit to cover shipping, handling, and processing fees. Please include your Kit ID information when you contact us.

- Orders over 30 days old and orders where results have been released are not eligible for any refund.

- In all cases, Everlywell cannot accept returned/unused kits. If you received your order and do not wish to continue with the test, we ask that you dispose of the kit.

- If you've purchased a bundle of kits for a discounted rate and are no longer interested in one or more of the kits, we're happy to honor a refund based on the above guidelines. Discounts that are made available through the purchase of multiple kits will not reflect in any refunds that are completed by Everlywell.

- All test kits must be registered and returned to the lab within 5 months of purchase. In addition, unregistered kits expire after 3 months. Any samples that are delivered to the lab after this time will not be processed. We are unable to provide a replacement kit due to expiration.

More information on memberships in the following articles:

- How do I cancel my membership?

- Do I get a refund for unused credits after I cancel my membership?

RELATED ARTICLES

📄 How do I use HSA/FSA benefits to pay for Everlywell?

📄 Subscription Cancellation Policy

📄 How can I get an itemized receipt?