# EXHIBIT A

   

 

Categories  Deals  Search  Sign in 

Please select a store | Registry  Weekly Ad  RedCard  ˅ More

Shop all EverlyWell
# EverlyWell Food Sensitivity Test - Lab Fee Included

$159.99

☆☆☆☆☆ be the first!

**There was a temporary issue**
Choose delivery method in cart

Qty 1 ˅   **Add to cart**

🎁 Create or manage registry    Sign in



     + 2 more

## About this item

**Details**   Shipping & Returns   Q&A

### At a glance



HSA/FSA Eligible

### Highlights
- Easy-to-use, at-home lab test with simple sample collection
- Measures your immune response to 96 common foods
- Prepaid shipping to mail your sample to the lab
- Physician-reviewed results on a secure HIPAA-compliant platform
- Sale not permitted in NY, NJ, RI. Must be 18+. Can be purchased with HSA/FSA

### Description
Think some of the food you eat may be causing headaches, stomach pain, or other symptoms? This Food Sensitivity Test can help you prioritize which foods may be best to remove during a two-part elimination diet. It does this by checking how your body's IgG antibodies react to 96 different foods, including dairy, wheat, yeast, and more, and rating each food on a reactivity scale from normal to high.

### Specifications

**Includes:** Instructions, Pre-Addressed Mailing Box, Confidential Lab Test

**Package Quantity:** 1

**Results Timing:** 3 Days

**Test Substance:** Blood

**Results Indication:** Digital Display

**Battery:** No Battery Used

**TCIN**: 76157573

**UPC**: 868888000204

**Item Number (DPCI)**: 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

**Origin**: Made in the USA or Imported

### Healthcare Disclaimer:
Content on this site is for reference purposes only. Target does not represent or warrant that the nutrition, ingredient, allergen and other product information on our Web or Mobile sites are accurate or complete, since this information comes from the product manufacturers. On occasion, manufacturers may improve or change their product formulas and update their labels. We recommend that you do not rely solely on the information presented on our Web or Mobile sites and that you review the product's label or contact the manufacturer directly if you have specific product concerns or questions. If you have specific healthcare concerns or questions about the products displayed, please contact your licensed healthcare professional for advice or answers.



**HSA/FSA Eligible**
Restrictions apply; contact your insurance provider about plan allowances and requirements

If the item details above aren't accurate or complete, we want to know about it. Report incorrect product info.