# EXHIBIT B




You're shopping (opens at 7am):
**Cedar Rapids South** ⌄

Registry    Weekly Ad    RedCard    Target Circle    Find Stores

◎ Categories    Deals    What's New    Pickup & Delivery        Search        🔍    ◉    🛒

🏷️ **New deals every day!**
Explore all the top deals in one place. <u>Start saving today.</u>                    ✕

Target / Health / Home Health Care / Home Tests & Monitors

# EverlyWell Food Sensitivity Test - Lab Fee Included

<u>Shop all EverlyWell</u>





**$159.99**

★★★★☆ 9178 ⌄    2 Questions



**Quantity**
1 ⌄



**There was a temporary issue**
Refresh to view availability.

Refresh

**Deliver** to 52404        Ship it
Edit zip code

Free standard shipping with RedCard

🎁 Add to registry

Help us improve this page

---

## About this item

**Details**    Size charts    Shipping & Returns    Q&A (2)

### At a glance


✓ HSA
✓ FSA

HSA/FSA
Eligible

### Highlights

- Easy-to-use, at-home lab test with simple sample collection
- Measures your immune response to 96 common foods
- Prepaid shipping to mail your sample to the lab
- Physician-reviewed results on a secure HIPAA-compliant platform
- Sale not permitted in NY, NJ, RI. Must be 18+. Can be purchased with HSA/FSA

### Specifications

**Includes:** Instructions, Pre-Addressed Mailing Box, Confidential Lab Test

**Package Quantity:** 1

**Results Timing:** 3 Days

**Test Substance:** Blood

**Results Indication:** Digital Display

**Battery:** No Battery Used

**TCIN:** 76157573

**UPC:** 868888000204

**Item Number (DPCI):** 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

**Origin:** Made in the USA or Imported

### Description

Think some of the food you eat may be causing headaches, stomach pain, or other symptoms? This Food Sensitivity Test can help you prioritize which foods may be best to remove during a two-part elimination diet. It does this by checking how your body's IgG antibodies react to 96 different foods, including dairy, wheat, yeast, and more, and rating each food on a reactivity scale from normal to high.


✓ HSA
✓ FSA

**HSA/FSA Eligible**
Restrictions apply; contact your insurance provider about plan allowances and requirements

### Healthcare Disclaimer:

Content on this site is for reference purposes only. Target does not represent or warrant that the nutrition, ingredient, allergen and other product information on our Web or Mobile sites are accurate or complete, since this information comes from the product manufacturers. On occasion, manufacturers may improve or change their product formulas and update their labels. We recommend that you do not rely solely on the information presented on our Web or Mobile sites and that you review the product's label or contact the manufacturer directly if you have specific product concerns or questions. If you have specific healthcare concerns or questions about the products displayed, please contact your licensed healthcare professional for advice or answers.

If the item details above aren't accurate or complete, we want to know about it. <u>Report incorrect product info.</u>