UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joyce Toth

    Plaintiff

  v.                                    Civil Action No. 1:23-11043-RGS

Everly Well, Inc. et al

    Defendants

ORDER OF DISMISSAL

August 2, 2023

STEARNS, D.J.

In accordance with the court's Electronic Order [Dkt. # 40] entered on August 2, 2023, it is ORDERED that the above-entitled action be, and hereby is, dismissed without prejudice.

By the court,

/s/ Arnold Pacho
Deputy Clerk