# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOYCE TOTH, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>EVERLY WELL, INC. and EVERLY HEALTH, INC.,<br><br>Defendants | Case No. 1:23-cv-11043 |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Joyce Toth, in the above-captioned matter, appeals to the United States Court of Appeals for the First Circuit from the order of the District Court entered on August 2, 2023, Docket Entry 41.

Date: August 30, 2023

Respectfully submitted,

**TYCKO & ZAVAREEI LLP**

*/s/ Gemma Seidita*

Gemma Seidita (BBO # 704591)
Anna C. Haac (*pro hac vice*)
Kristen G. Simplicio (*pro hac vice*)
Leora N. Friedman (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: gseidita@tzlegal.com
         ahaac@tzlegal.com
         ksimplicio@tzlegal.com
         lfriedman@tzlegal.com

Alan M. Feldman (*pro hac vice*)
Edward S. Goldis (*pro hac vice*)
Zachary Arbitman (*pro hac vice*)
**FELDMAN SHEPHERD**
WOHLGELERNTER TANNER
WEINSTOCK & DODIG, LLP 1845
Walnut Street, 21st Floor Philadelphia, PA
19103
Telephone: (215) 567-8300
Facsimile: (215) 567-8333
Email: afeldman@feldmanshepherd.com
      egoldis@feldmanshepherd.com
      zarbitman@feldmanshepherd.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023 I caused a true and correct copy of the foregoing Motion to be filed and served via the Court's CM/ECF system, which shall provide notice and service on all registered counsel of record.

*/s/ Gemma Seidita*
Gemma Seidita
